```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re                                   :      Chapter 11
                                        :
SILICON GRAPHICS, INC., *et al.*,       :      Case No. 09-_____ (       )
                                        :
        Debtors.                        :      (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ORDER GRANTING EMERGENCY HEARING

Upon the motion (the "Motion")[1] of the Silicon Graphics, Inc. and certain of its direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), for the entry of an order (the "Order") pursuant to Bankruptcy Rule 9006 approving a hearing on expedited basis to consider entry of the Bid Procedures Order; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Motion having been served on (i) the Office of the United States Trustee for the Southern District of New York; (ii) counsel to the Agent for the Secured Lenders; (iii) counsel to the Buyer; and (iv) the creditors holding the 50 largest unsecured claims against the Debtors' estates (on a consolidated basis); and the Court having determined that notice of the Motion is sufficient; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

11770331_1.DOC

THE COURT HEREBY ORDERS THAT:

1. The Motion is GRANTED as provided herein.

2. A hearing (the "<u>Hearing</u>") on the Motion to consider entry of the Bid Procedures Order shall be held on April 3, 2009 at _____ \_.m. (ET).

3. Objections to entry of the Bid Procedures Order may be made at any time prior to or during the Hearing.

4. The Debtors shall serve notice of the Hearing by overnight delivery and, where possible, by email or fax within five hours of entry of this Order on the docket, on (i) the Office of the United States Trustee for the Southern District of New York; (ii) counsel to the Agent for the Secured Lenders; (iii) counsel to the Buyer; and (iv) the creditors holding the 50 largest unsecured claims against the Debtors' estates (on a consolidated basis).

Date: New York, New York
_____, 2009

UNITED STATES BANKRUPTCY JUDGE