Schedule 2.1(e)
Part 3 of 3

Silicon Graphics, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| Thermshield LLC | Village West II, 36 Country Club Road Suite 2D/E | Gilford, NH 03249 USA | Mutual Confidential Disclosure Agreement | 3/24/2008 |
| Thomas Erickson | Not Available | | Silicon Graphics, Inc. Confidential Disclosure Agreement | 6/30/2008 |
| Thomson Financial | 156 West 56th Street, 10th floor | New York, NY 10019 USA | Thomson Financial Corporate Group Addendum to Client Agreement | 7/1/2003 |
| Thomson Professional & Regulatory, Inc (d/b/a RIA) | RIA ATTN: CM Contract Administration 2395 Midway Road, Bldg 1, MS 175 | Carrollton, TX 75006-9769 USA | InSource Software Agreement, InSource Multi-Year Software Fees Addendum | 9/1/2004 |
| Tiera, LLC | 909 Lake Carolyn Parkway Suite 350 | Irving, TX 75039 USA | SGI Source Code License Agreement | 1/11/2007 |
| Timewarner Cable | 300 First Stamford Place | Stamford, CT 06902-6732 US | Joint Development Agreement | 6/11/1993 |
| TM Patents, L P and TM Creditors, LLC | Richard P. Doyle Law Offices of Richard P. Doyle, Jr. 3470 Mt Diablo Blvd., Suite A150 | Lafayette, CA 94549 USA | Settlement Agreement and Covenant not to Sue between and among TM Patents, LP, TM Creditors, LLC and SGI dated as of April 13, 1999 | 4/13/1999 |
| TNO Automotive | Schoemakerstraat 97 P O Box 6033 | Delft, JA 2600 Netherlands | HW Loan Agreement | 4/25/2002 |
| Toshiba America Electronics Components, Inc | 9775 Toledo Way | Irvine, CA 92618-1811 USA | Confidential Non-Disclosure Agreement | 8/29/2002 |
| Totalview Technologies | 24 Prime Park Way Suite 103 | Natick, MA 01760 USA | Reseller Agreement | 9/24/2007 |
| Toyota Motor Eng. & Mfg. North America | | | Addendum To Toyota Terms And Conditions, Including | 8/3/2007 |
| Toyota Technical Center, USA, Inc | 1555 Woodbridge Ave | Ann Arbor, MI 48105 USA | Agreement of Confidentiality And Non-Disclosure | 4/11/2005 |
| Toyota Technical Center, USA, Inc | 1555 Woodbridge Ave | Ann Arbor, MI 48105 USA | Mutual Confidential Disclosure Agreement | 4/4/2005 |
| Transitive Corporation | 40 Blackfriars Street | | SGI Response to November 17, 2008 letter from Transitive Corp requesting consent to assignment of contract | 11/17/2008 |
| Travelers Casualty and Surety Company of America | One Tower Square Bond - 2SHS2 | Hartford, CT 06183 USA | Collateralized Bond Surety Program Registered Pledge and Master Security Agreement | 11/14/2007 |
| Trident Computer Resources, Inc | 151 Industrial Way East Bldg A | Eatontown, NJ 07724 USA | Subcontracting Agreement for Sun Microsystems | 8/12/2003 |
| Trigenta, Inc | 23008 Minerva Dr | Ashburn, VA 20148 US | Employment Agency Agreement | 3/24/2006 |
| Trilogy | 6034 West Courtyard Drive Suite 130 | Austin, TX 78730 USA | Equipment Loan Agreement dated February 1, 1995 | 2/1/1995 |

CONFIDENTIAL

Silicon Graphics, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| Trilogy | 6034 West Courtyard Drive Suite 130 | Austin, TX 78730 USA | Consulting Agreement dated February 1, 1995 | 2/1/1995 |
| Trilogy | 350 Cambridge Avenue Suite 200 | Palo Alto, CA 94306 USA | Software License Agreement dated March 28, 1991 | 3/28/1991 |
| Trilogy | 6034 West Courtyard Drive Suite 130 | Austin, TX 78730 USA | Master License Agreement dated June 30, 1997 and Addendum dated September 24, 2001 | 6/30/1997 |
| Trilogy | 6034 West Courtyard Drive Suite 130 | Austin, TX 78730 USA | Professional Services Agreement dated June 28, 1997 | 6/28/1997 |
| Trilogy (ipcOrder.com, Inc.) | 5000 Plaza on the Lake Suite 100 | Austin, TX 78746 USA | Application Hosting Agreement dated March 25, 1999 and Amendments | 3/25/1999 |
| Trimiq | 355 Racine Street East | Chicoutimi, Quebec G7H 1S8 Canada | License and Supply Agreement dated August 20, 2004 | 8/20/2004 |
| Tripos Incorporated | 1699 South Hanley Road Suite 303 | St. Louis, MO 63144 USA | HW Loan Agreement | 2/2/2004 |
| TRIPOS INCORPORATED - 1699 SOUTH | 1699 South Hanley Road Suite 303 | St. Louis, MO 63144 USA | HW Loan Agreement | 8/15/2005 |
| TRIPOS INCORPORATED - 1699 SOUTH | 1699 South Hanley Road Suite 303 | St. Louis, MO 63144 USA | HW Loan Agreement | 6/21/2005 |
| TRIPOS INCORPORATED - 1699 SOUTH | 1699 South Hanley Road Suite 303 | St. Louis, MO 63144 USA | HW Loan Agreement | 3/23/2005 |
| Tripos, Inc._Silicon Graphics, Inc | 1699 South Hanley Road Street | St. Louis, MO 63144 USA | Silicon Graphics, Inc. Confidential Disclosure Agreement (Disclosure to SGI) | 5/7/2008 |
| Tripp Lite | 1111 W 35th Street | Chicago, IL 60609 USA | Silicon Graphics, Inc. Mutual Confidential Disclosure Agreement | 6/5/2008 |
| TRIPPE MANUFACTURING | 1111 W 35th Street | Chicago, IL 60609 USA | NON-DISCLOSURE AGREEMENT | 11/16/2006 |
| Trivad, Inc | 1670 South Amphlett Blvd | San Mateo, CA 94402 USA | HW Maintenance Agreement for Qualstar TLS-88132 | 4/22/2006 |
| TSMC North America | 2585 Junction Avenue | San Jose, CA 95134 USA | 3-Way NDA w/SGI & Avago | 12/6/2005 |
| TSX Inc | 2 First Canadian Place, 130 King Street West | Toronto, ON M5X 1J2 Canada | Confidentiality Agreement | 1/28/2009 |
| Twin City Fire Ins Co (Hartford) | Hartford Plaza 690 Asylum Ave | Hartford, CT 6115 USA | D&O Policy # 00 DA 0132485 05 | 9/15/2005 |
| Tyco Electronics | Not Available | | N-Way Multi-Party Disclosure Consent Agreement | 7/30/2007 |
| Tyco Electronics Corporation | Not Available | | Mutual Confidential Disclosure Agreement | 1/17/2007 |

CONFIDENTIAL

Silicon Graphics, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| U Chicago Argonne, LLC, operator of Argonne National Laboratory | Not Available | | Nondisclosure Agreement | |
| UCAR | 3300 Mitchell Lane | BOULDER, CO 80301 USA | Mutual Confidential Disclosure Agreement | 10/4/2005 |
| UChicago Argonne, LLC Operator of Argonne Nat'l Laboratory | Not Available | | Nondisclosure Agreement | 11/14/2008 |
| Ultra Computer Services, Inc | Almulhaq Bldg, 2 Bandariyah District Office #2, 2nd Floor | | SGI Solution Provider Agreement 20-001-28000US | 4/16/2008 |
| Unum Life Insurance Company of America | 2211 Congress Street | Portland, ME 04122 USA | Supplemental Income Protection Plan | |
| Unigraphics Solutions | 2321 North Loop Drive | AMES, IA 50010 USA | HW Loan Agreement | 12/6/2004 |
| Unigraphics Solutions | 10824 HOPE STREET | Cypress, CA 90630 USA | HW Loan Agreement | 12/10/2004 |
| Unisys Corporation | 2476 Swedesford Road | Malvern, PA 19355 USA | Confidential Information Agreement Agreement No : 108-5925 C | 3/24/2008 |
| United Airlines | 1200 East Algonquin Road | Elk Grove Township, IL 60007 USA | Corporate Share Agreement | 11/1/2005 |
| United Airlines | 1200 E Algonquin Road | Elk Grove, IL 60007 USA | United Corporate-Plus Agreement | 2/1/2007 |
| United Corporate Plus | Not Available | | Agreement | 1/2/2009 |
| United Parcel Service General Services Co | 55 Glenlake Parkway N E | Atlanta, GA 30328 USA | Electronic Data Access and Exchange Agreement | 8/20/2004 |
| United Parcel Service, Inc | 8475 Pardee Drive | Oakland, CA 94621 USA | UPS Incentive Program Agreement | 12/26/2005 |
| United Properties | 3500 American Blvd W Suite 200 | Minneapolis, MN 55431 USA | Agreement For Facilities Management Services | 9/20/1999 |
| United Properties LLC | 3500 American Blvd W Suite 200 | Minneapolis, MN 55431 USA | Letter Agreement for Transition of Services Portfolio Information Management | 1/1/2008 |
| United Properties LLC | 3500 American Blvd W Suite 200 | Minneapolis, MN 55431 USA | Settlement Agreement and Mutual Release | 5/19/2008 |
| Univa UD, INC | 1001 Warrenville Road, Suite 550 | Lisle, IL 60532 US | Mutual Confidential Disclosure Agreement | 10/23/2008 |
| Universal Cinemas Services, Inc | 1011 West Euless Blvd Suite 240 | Euless, TX 76040 U S | Silicon Graphics, Inc Mutual Confidential Disclosure Agreement | 10/20/2008 |
| Universidade de San Paulo | 2231, Cidade Universitaria | | Silicon Graphics, Inc Mutual Confidential Disclosure Agreement | 6/20/2008 |
| Universidade Federal de Alagoas | BR 104 Norte, Km 97 Cidade Universitaria | | Silicon Graphics, Inc Mutual Confidential Disclosure Agreement | 6/20/2008 |

CONFIDENTIAL

Silicon Graphics, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| University at Buffalo | 408 Capen Hall | Buffalo, NY 14260 USA | HW Loan Agreement | 5/23/2005 |
| University Corporation For Atmospheric Research (UCAR) | 1850 Table Mesa Drive | Boulder, CO 80305 USA | Sgi Mutual Confidential Disclosure Agreement | 6/28/2007 |
| University Corporation for Atmospheric Research (UCAR) | 1850 Table Mesa Drive | Boulder, CO 80305 USA | Mutual Nondisclosure Agreement | 1/2/2008 |
| University De Montreal | Not Available | | Letter Agreement | 11/14/2008 |
| University of California San Diego (UCSD)_Silicon Graphics, Inc | 9500 Gilman Drive, #0934 | La Jolla, CA 92093-0934 USA | Silicon Graphics, Inc. Mutual Confidential Disclosure Agreement | 5/5/2008 |
| University of Florida | P O Box 14425 | Gainesville, FL 32604-2425 USA | HW Loan Agreement | 12/15/2004 |
| University Of Illinois | Not Available | | Equipment Loan Agreement | 11/10/2006 |
| University of Maryland | Not Available | College Park, MD 20742 USA | Nondisclosure Agreement | 4/9/2003 |
| University of Michigan_Silicon Graphics, Inc | Not Available | | Silicon Graphics, Inc Confidential Disclosure Agreement | 5/22/2008 |
| University of Minnesota Supercomputing Institute | 599 Walter 117 Pleasant St S E | Minneapolis, MN 55401 USA | Beta Software License & Test Agreement | 9/27/2005 |
| University of Minnesota | Not Available | | University of Minnesota Confidentiality Agreement | 12/11/2008 |
| University of Missouri | 225 University Hall | Columbia, MO 29201 USA | Acknowledgement to University of Missouri | 6/18/2007 |
| University of New South Wales | UNSW Kensington Campus | Sydney, New 2052 Australia | HW Loan Agreement | 4/8/2005 |
| University of North Carolina At Chapel Hill | Academic Technology And Networks | | Beta Software License Agreement | 11/23/2005 |
| University of Texas | Taylor Hall 2.124 | Austin, TX 78712 USA | HW Loan Agreement | 5/11/2004 |
| Unix Systems Laboratories, Inc | 190 River Road | Summit, NJ 07901 USA | Enhancement Load Access Agreement, Availability of Additional Deliverable Loads | 2/26/1992 |
| Unix Systems Laboratories, Inc | 190 River Road | Summit, NJ 07901 USA | Software Agreement, dated November 14, 1991 | 11/14/1991 |
| Unix Systems Laboratories, Inc | 190 River Road | Summit, NJ 07901 USA | Software Agreement and Sublicensing Agreement | 10/13/1993 |
| Unix Systems Laboratories, Inc | 190 River Road | Summit, NJ 07901 USA | Enhancement Load Access Agreement, Availability of Additional Deliverable Loads | 8/21/1992 |
| UPS Supply Chain Solutions | Attn: Contracts Administration Dept 12380 Morris Road | Alpharetta, GA 30005 USA | Subcontract Agreement For The Delivery of Mainmens | 1/16/2006 |

CONFIDENTIAL

Silicon Graphics, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| UPS Supply Chain Solutions, Inc | Attn: Contracts Administration Dept 12380 Morris Road | Alpharetta, GA 30005 USA | Master Logistics Services Agreement | 1/16/2006 |
| UPS-SCS | 12380 Morris Road | Alpharetta, GA 30005 USA | Maintenance Services Agreement in Latin America | 1/17/2006 |
| UT-Battelle, LLC | One Bethel Valley Road | Oak Ridge, TN 37830 USA | Beta Site Agreement | 2/8/2005 |
| Valentine Marketing Group, LLC | 7253 Memory Lane Suite 100 | Cincinnati, OH 45239-5324 USA | Mutual Confidential Disclosure Agreement | 3/27/2008 |
| Velosant, LP (formerly Taxware, formerly AV) | 27 Congress St | Salem, MA 01970 USA | Licensing Agreement | 7/30/2004 |
| Verari Systems, Inc | 9449 Carrol Park Drive | San Diego, CA 92121 USA | Service Provider Agreement | 4/7/2008 |
| Verari Systems, Inc | 9449 Carrol Park Drive | San Diego, CA 92121 US | Amendment #1 to Service Provider Agreement | 10/27/2008 |
| Verifications, Inc | 6900 Wedgwood Road North Suite 120 | Maple Grove, MN 55311 US | Letter of Agreement | 3/25/2002 |
| Verifications, Inc | 6900 Wedgwood Road North Suite 120 | Maple Grove, MN 55311 US | CDA | 11/19/1999 |
| Verisign | 487 E Middlefield Rd | Mountain View, CA 94043 USA | Master Services Agreement | 8/11/2003 |
| Verizon Wireless | One Verizon Way | Basking Ridge, NJ 07920 USA | Verizon Wireless Major Account Agreement | 1/5/2007 |
| Vernon D Ingram | Not Available | | Confidential Disclosure Agreement | 12/5/2006 |
| Versata (f/k/a Trilogy Computer Industry Solutions, Inc ) | 6034 West Courtyard Drive Suite 130 | Austin, TX 78730 USA | Amendment To License Schedule #6 And Assignment Order #30 | 6/15/2005 |
| VideoPropulsion Incorporated | 251 Info Highway | SLINGER, WI 53086 USA | HW Loan Agreement | 3/9/2004 |
| Vista Systems, Corp | 2001 W Melinda Lane | Phoenix, AZ 85001 US | Mutual Confidential Disclosure Agreement | 1/20/2009 |
| Visual Collaboration Technologies Inc (f/k/a VirtualE3D Infra PVT LTD ) | 100 West Big Beaver Road #200 | Troy, MI 48084 USA | OpenGL Optimizer Distribution Agreement | 2/14/2004 |
| Visual Systems Engineering | Not Available | | Visual Systems Engineering Policy Concerning 3Rd P | 3/20/2007 |
| Visualization Experts Limited | Not Available | | High Performance Visualization Training Services | 5/16/2008 |
| Voltaire | 6 Fortune Drive | Billerica, MA 01891 USA | Confidential Disclosure Agreement | 10/18/2007 |
| Voltaire, Inc | 950 Tower Lane Suite 500 | Foster City, CA 94404 USA | Assumption and Cure Agreement | 8/16/2006 |
| Voltaire, INC | 9 Hamenofim St Bldg A | | Beta Test Agreement | 11/7/2008 |

CONFIDENTIAL

Silicon Graphics, Inc.

OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| Voltaire, Inc | 6 Fortune Drive | Billerica, MA 01891 USA | Amendment #1 to Supplier Agreement | 1/9/2008 |
| Voltaire, Incorporated | 6 Fortune Dr Attn: Amir Prescher | Billerica, MA 01821 USA | Supplier Agreement | 1/20/2004 |
| Volume Graphics GmbH | Wieblinger Weg 92a | Heidelberg, DE D69123 Germany | HW Loan Agreement | 9/30/2005 |
| VRCO, Incorporated | 192 Ballard Court, Suite 300 | Virginia Beach, VA 23462 USA | HW Loan Agreement | 6/9/2004 |
| VRcontext | Av Tedesco 5 | Brussels, Br 1160 Belgium | HW Loan Agreement | 6/7/2004 |
| VRcontext | Av Tedesco 5 | Brussels, Br 1160 Belgium | HW Loan Agreement | 7/15/2005 |
| VRcontext | Av Tedesco 5 | Brussels, Br 1160 Belgium | HW Loan Agreement | 9/30/2005 |
| VRSim | 185 Main Street, Suite 431 | New Britain, CT 06051 USA | Vendor/Reseller Agreement | 3/10/2005 |
| VRSim | 185 Main Street, Suite 431 | New Britain, CT 06051 USA | 2nd Amendment to Vendor/Reseller Agreement | 10/18/2005 |
| VRSim | 185 Main Street, Suite 431 | New Britain, CT 06051 USA | 1st Amendment to Vendor/Reseller Agreement | 10/12/2005 |
| Walt Disney Pictures | 500 South Buena Vista Street | Burbank, CA 91521-4938 USA | Addendum No 1 to System Evaluation Agreement | 11/2/2007 |
| Walt Disney Pictures | 500 South Buena Vista Street | Burbank, CA 91521-4938 USA | System Evaluation Agreement (WDP Agreement No 07227) Support Reseller Agreement | 10/10/2007 |
| Watt Andress | Not Available | | Confidential Disclosure Agreement | 12/5/2006 |
| Wavefunction, Inc | 18401 Von Karman Avenue Suite 370 | Irvine, CA 92612 USA | HW Loan Agreement | 2/12/2004 |
| Wavefunction, Inc | 18401 Von Karman Avenue Suite 370 | Irvine, CA 92612 USA | HW Loan Agreement | 7/12/2004 |
| WebSideStory, Inc | 10182 Telesis Court | San Diego, CA 92121 US | Hitbox Service Order | 10/1/2005 |
| Wells Fargo Bank | Not Available | | Confidentiality Agreement | 1/29/2008 |
| Wells Fargo Bank | Not Available | | Foreign Exchange Agreement | 5/9/2008 |
| Western Blue Corporation | 9745 Business Park Drive | | Mutual Confidential Disclosure Agreement | 4/12/2007 |
| Western Dining, Inc | 2070 Business Ctr Drive Suite 255 | Irvine, CA 92612 USA | Agreement for Food Services | 6/11/2007 |
| Western Scientific | 9445 Farnham St | San Diego, CA 92123 USA | Professional Services Master Subcontracting Agreement | 4/15/2004 |
| Western Scientific | 9445 Farnham St | San Diego, CA 92123 USA | Vendor Agreement | 3/23/2005 |
| Western Scientific | 9445 Farnham St | San Diego, CA 92123 USA | Mutual Confidential Disclosure Agreement | 12:00:00 AM |

CONFIDENTIAL

Silicon Graphics, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| Westinghouse Electric Company LLC | Not Available | | Proprietary Information Agreement | 11/5/2008 |
| Wikia | Not Available | | SGI Global Developer Program, Developer Online Agreement | 11/13/2008 |
| Wild Open Source | 25 Mall Road Suite 300 | Burlington, MA 01803 USA | Altix Cluster Solution Support Agreement | 6/5/2004 |
| William O'Brien | Not Available | Chantilly, VA 20151 USA | Confidential Disclosure Agreement | 12/5/2006 |
| Willis Benefits of Pennsylvania | 200 Chester Field Parkway | Malvern, PA 19355 | Services Agreement | 11/18/2005 |
| Willis Consulting Services of California | Department 10485 | Pasadena, CA 91189-0485 | Services Agreement | 8/19/2005 |
| Willis of Texas, Inc | 13355 Noel Road | Dallas, TX 75204 | Services Agreement Policy #481351 | 8/15/2005 |
| Willow Technology Incorporated | WILLOW TECHNOLOGY INC 900 LAFAYETTE STREET SUITE 604 | SANTA CLARA, CA 95050-4967 | HW Loan Agreement | 1/5/2005 |
| Windbond Electronics Corporation America | 2727 North First Street | San Jose, CA 95134 USA | Confidential Disclosure Agreement | 3/14/2008 |
| Wisconsin Scale Service and Distribution | 7157 185th Street | Chippewa Falls, WI 54729 USA | Independent Contractor Agreement | 10/21/2005 |
| Wolfram Research | 100 Trade Center Drive | CHAMPAIGN, IL 61820 | HW Loan Agreement | 5/11/2005 |
| Wolfram Research | 100 Trade Center Drive | CHAMPAIGN, IL 61820 | HW Loan Agreement | 2/28/2005 |
| Wolfram Research | 100 Trade Center Drive | CHAMPAIGN, IL 61820 | HW Loan Agreement | 11/19/2004 |
| Worlco Computer Resources, Inc | 997 Old Eagle School Road Suite 219 | Wayne, PA 19087 USA | Contingency Employment Agency Agreement | 4/20/2007 |
| World Wide Technology, Inc | 60 Weldon Parkway | St. Louis, MO 63043 USA | Channel Agreement And Amendment 1 | 1/31/2007 |
| Woven Systems, Inc | 2455 Augustine Drive Suite 21 | | Mutual Nondisclosure Agreement | 3/30/2007 |
| Wow Logistics | 3040 West Wisconsin Avenue | Appleton, WI 54914 USA | 1St Amendment To The Lease Agr Of 05/01/2003 | 1/1/2007 |
| Wow Logistics | 3040 West Wisconsin Avenue | Appleton, WI 54914 USA | Revised 1St Amendment To Lease Agreement Dated 05/ | 6/27/2007 |
| Wow Logistics | 3040 West Wisconsin Avenue | Appleton, WI 54914 USA | 2nd Amendment to the Lease Agr of 6/12/2008 | 5/1/2008 |
| W&R Environmental Services Company | 5200 State Road 93 | Eau Claire, WI 54701 | Independent Contractor Agreement | 7/6/2005 |
| Wyeth Pharmaceuticals, Inc | 401 North Middletown Road | Pearl River, NY 10965 | Mutual Confidential Disclosure Agreement | 7/26/2005 |

CONFIDENTIAL

# Silicon Graphics, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| Xerox Corporation | Attn: Contract Administrator Alias/Wavefront 110 Richmond Street East | Toronto, ON M5C 1P1 Canada | License Agreement between Xerox and SGI | 3/1/1995 |
| Xerox Corporation | Attn: Director of Licensing 800 Long Ridge Road P O Box 1600 | Stamford, CT 06904-1600 | License Agreement between Xerox and SGI | 8/1/1996 |
| Xi Graphics, Inc (X Inside) | Sue Alexander 1801 Broadway, Suite 1710 | Denver, CO 80202 | Open GL License Agreement | 7/12/1995 |
| Xilinx | 2100 Logic Drive | San Jose, CA 95124 | Mutual Non-Disclosure Agreement | 1/19/2006 |
| Xilinx, Inc | 2100 Logic Drive | San Jose, CA 95124 US | Mutual Confidential Disclosure Agreement | 10/14/2008 |
| Xinet | 2560 9th Street Suite 312 | Berkeley, CA 94710 USA | Porting Agreement | 3/14/2008 |
| Xinet | 2560 9th St. #312 | Berkeley, CA 94710 | Distribution Agreement | 4/9/1996 |
| Xinet, Inc | 2560 Ninth Street Suite 312 | Berkeley, CA 94710 USA | HW Lease Agreement | 3/17/2005 |
| Xiotech Corporation | 6455 Flying Cloud Drive | Eden Prairie, MN 55344 USA | Mutual Confidential Disclosure Agreement | 3/4/2008 |
| XL Specialty Insurance Co | One World Financial Center 200 Liberty Street 27th Floor | New York, NY 10281 USA | D&O Policy # ELU080922-05 | 9/15/2005 |
| Xtreme Data | Not Available | | Memorandum of Understanding | 11/7/2008 |
| Xtreme Data Inc | Not Available | | Memorandum of Understanding Between SGI & Program Member for Application to Accelerator Enabling Program | 9/15/2008 |
| Xyratex | Langstone Road | Havant, Hampshire PO9 1SA UK | Purchase Agreement | 8/29/2003 |
| Yemi Adesanya (SLAC) | Not Available | | Silicon Graphics, Inc Confidential Disclosure Agreement | 6/30/2008 |
| Yoshikazu Hori | 3-1-7-1103 Ka Chidoki, Chuo-ku | | Consulting Agreement | 12/13/2007 |
| Yotta Yotta | 6020 104 Street | Edmonton, Alberta T6H 5S4 Canada | Product and Service Reseller Agmt | 3/25/2004 |
| Zerox, Inc | Not Available | | Support Agreement | 10/15/2008 |
| Zurich American Ins Co | San Francisco Regional Office 560 Mission Street Suite 2400 | San Francisco, CA 94105 USA | Policy # USC 5338927 01 | 10/17/2005 |
| Zuse Institute Berlin | Takustrasse 7 | Berlin | Memorandum of Understanding | 8/8/2008 |
| Zymeworks, Inc | 201-401 W. Broadway | Vancouver, BC V6H 1H6 Canada | Silicon Graphics, Inc Mutual Disclosure Agreement | 3/1/2008 |

CONFIDENTIAL

Silicon Graphics, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| | | | Total: 1,516 | |

CONFIDENTIAL

Silicon Graphics Federal, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| 4th Wave Imaging Corporation | Attn: Ray Ergas 16A Journey, Suite 200 | Aliso Viejo, CA 92656 | Subcontract | 4/1/2005 |
| Advanced Interactive Systems | K.C. Aly Business Plaza 665 Andover Park West | Seattle, WA 98188 USA | Mutual NDA | 9/22/2005 |
| BAL Global Finance LLC | Not Available | | Funding Partner Agreement | 11/13/06 |
| Banc of America Leasing & Capital LLC | Not Available | | Funding Partner Agreement | 11/13/06 |
| Buccaneer Computer Systems and Services, Inc | 6799 Kennedy Road Suite J | Warrenton, VA 20187 USA | Federal Channel Member Agreement | 10/16/2007 |
| Cae Usa, Inc ;CAE, Inc (Canada);multigen Paradigm, Inc /Cae Usa Inc Multigen, USA;seos Display Ltd | | | Amendment E To Technical Assistance Agreement Ta 0 | 7/24/2007 |
| Capital Equipment Exchange | 2802 Bamey Court | McHenry, IL 60051 USA | Property Sales Agreement | 4/17/2008 |
| Carahsoft Technology Corporation | 12369 Sunrise Valley Drive Suite D2 | Reston, VA 20191 USA | Federal Channel Member Agreement | 1/4/2008 |
| Carahsoft Technology Corporation | 12369 Sunrise Valley Drive Suite D2 | Reston, VA 20191 USA | Master Subcontracting Agreement | 4/16/2008 |
| Commonwealth Research Institute | Frank W Couper 1430 Scalp Ave | Jonestown, PA 15904 | Mutual NDA | 5/13/2005 |
| FedCentric Technologies LLC | Gerry Kaloeváry 4908 Jamestown Road | Bethesda, MD 20816 | Federal Solution Provider Agreement #12-05-157-001 | 5/25/2005 |
| FedCentric Technologies LLC | Gerry Kaloeváry 4908 Jamestown Road | Bethesda, MD 20816 | Consulting Agreement | 1/31/2006 |
| Fleet Business Credit / BAL Global Finance, LLC | Banc of America Leasing Suc Eliades, IL1-231-16-38 231 S LaSalle Street, 16th Floor | Chicago, IL 60697 USA | Without Recourse Purchase Agreement | 2/26/2004 |
| Fleet Business Credit / BAL Global Finance, LLC | Banc of America Leasing Suc Eliades, IL1-231-16-38 231 S LaSalle Street, 16th Floor | Chicago, IL 60697 USA | Amended and Restated Lease Program Agreement | 8/1/2001 |
| Fleet Business Credit Corporation / BAL Global Finance, LLC | 231 S la Salle St 16th Floor - MS IL1-231-16-38 | Chicago, IL 60697 | Amended & Restated Lease Program Agreement | 8/1/2001 |
| Frank C Meier | Not Available | | Settlement Agreement and Mutual Release | 9/10/2007 |

CONFIDENTIAL

Silicon Graphics Federal, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| Fresno, Inc | Not Available | | Settlement Agreement and Mutual Release | 9/10/2007 |
| FSPS Inc | Attn Pat Morgan 11435 Allendale Dr | Peyton, CO 80831 | Mutual NDA | 5/2/2006 |
| General Electric Capital Corporation | Not Available | | Collateral Agent under Funding Partner Agreement | 11/13/06 |
| General Electric Capital Corporation | Not Available | | Collateral Agent under Funding Partner Agreement | 10/31/06 |
| General Electric Capital Corporation | Not Available | | Collateral Agent under Funding Partner Agreement | 10/31/06 |
| GTSI Corporation | Scott Friedlander 3901 Stonecroft Blvd | Chantilly, VA 20151 | GSA Teaming Agreement between Silicon Graphics Federal, Inc and GTSI Corporation dated as of June 14, 2002 | 6/14/2002 |
| GTSI Corporation | 3901 Stonecroft Blvd | Chantilly, VA 20151-1010 | Federal Solution Provider Agreement between Silicon Graphics Federal, Inc and GTSI Corporation dated as of June 14, 2002 | 6/14/2002 |
| James River Technical, Inc (JRTI) | 4439 Cox Road | Glen Allen, VA 23060 USA | Federal Solution Provider Agreement | 9/14/2001 |
| James River Technical, Inc (JRTI) | 4439 Cox Road | Glen Allen, VA 23060 USA | GSA Letter of Supply | 3/24/2005 |
| Jeskell, Inc | 155-A Moffett Park Drive Suite 104 | Sunnyvale, CA 94089 USA | Federal Channel Member Agreement | 12/31/2007 |
| Key Corporate Capital Inc | 1000 South McCaslin Blvd | Superior, CO 80027-9456 | Country Contract | |
| Key Corporate Capital Inc | 1000 South McCaslin Blvd | Superior, CO 80027-9456 | Without Recourse Purchase Agreement (Contract Purchases) | 5/13/2004 |
| Key Government Finance, Inc | 1000 South McCaslin Blvd | Superior, CO 80027 | Funding Partner Agreement | 10/31/06 |
| Lockheed Martin | 6801 Rockledge Dr | Bethesda, MD 20819 USA | Source Code License | 4/19/2005 |
| Lockheed Martin Integrated Systems & Solutions | Seth Spears 12999 Deer Creek Canyon Rd | Littleton, CO 80127 | Mutual NDA | 8/9/2005 |
| National Aeronautics and Space Administration Langley Research Center | Not Available | Hampton, Virginia 23681 USA | Software Usage Agreement | 2/18/2009 |
| National City Commercial Capital Corporation | 995 Dalton Ave | Cincinnati, OH 45203 USA | Funding Partner Agreement | 10/31/06 |
| Nortel Government Solutions Incorporated | 12730 Fair Lakes Circle | Fairfax, VA 22033 USA | Purchase & License Agreement | 9/30/2008 |
| Northrop Grumman Mission Systems | O M Collins 12011 Sunset Hills Road | Reston, VA 20190 | Mutual NDA | 9/13/2005 |
| Northrop Grumman Mission Systems | Aaron Dimig 750 S Richfield St | Aurora, CO 80017 | Mutual NDA | 3/30/2006 |

CONFIDENTIAL

Silicon Graphics Federal, Inc.

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| Northrop Grumman Systems Corporation Electronic Systems | Lisa Cohen 1580 West Nursery Rd | Linthicum Heights, MD 21090 | Mutual NDA | 7/14/2005 |
| Northrop Grumman Space & Mission Systems Corp | 12011 Sunset Hills Road | Reston, VA 20190 | Cooperative Agreement | 11/18/2004 |
| Omitron, Inc | 620 Southpointe Ct Suite 155 | Colorado Springs, CO 90906 U S | Silicon Graphics, Federal, Inc Mutual Confidential Disclosure Agreement | 1/2/2009 |
| Patton, Boggs, and Blow LLP | 2550 M Street, NW | Washington, DC 20037 | Consulting Agreement | 4/1/2004 |
| Percipient Enterprise LLC | 1107 Boyce Avenue | Towson, MD 21204 USA | Professional Services Master Subcontracting Agreem | 3/1/2007 |
| Percipient Enterprise LLC | 1107 Boyce Avenue | Towson, MD 21204 USA | Amendment 01 To Professional Services Master Subcontracting Agreement Between SGI Federal and Precipient Enterprise LLC | 8/28/2007 |
| Pixoral, Inc | PO Box 630050 | Littleton, CO 80163-0050 U S | Pixorial, Inc Mutual Nondisclosure Agreement | 11/7/2008 |
| Raytheon | 1200 S Jupiter Road | Garland, TX 75042 USA | Purchase Order Ar0001148 Modification 3 | 11/9/2006 |
| Red River Computer Co., Inc | 12200G Plum Orchard Drive | Silver Spring, MD 20904 USA | Federal Channel Member Agreement | 11/12/2007 |
| SAIC | Dennis Braumeiter 10260 Campus Point Dr M/S C-6 | San Diego, CA 92110 | Mutual NDA | 4/25/2006 |
| Solutions Made Simple, Inc | 23 Evanshire Drive | Fredericksburg, VA 22406 USA | Amendment 01 To Professional Services; Master Subcontracting Agreement Between SGI Fed and Solutions Made Simple | 8/21/2007 |
| The Aerospace Corp | John A. Vesco Bus Plaza 2350 East El Segundo Blvd | El Segundo, CA 90245 | Mutual NDA | 10/27/2005 |
| University of Wisconsin | Research and Sponsored 750 University Avenue | Madison, WI 53706 USA | Subcontract for "Speedshop" | 12/1/2004 |
| Wade Associates, Inc | 8601 Ordinary Way | Annandale, VA 22003 USA | Consulting Agreement | 8/3/2007 |
| Winter, Wyman & Company | 950 Winter Street Suite 3100 | Waltham, MA 02451 US | Employment Agency Agreement | 1/23/2006 |

Total: 51

CONFIDENTIAL

# Cray Research, LLC

## OTHER CONTRACTS

| Name | Address | City, State & Zip | Description | Effective Date |
|---|---|---|---|---|
| Sun Microsystems, Inc | 2550 Garcia Ave Attn: General Counsel | Mountain View, CA 94043-1100 | Asset Purchase Agreement | 6/3/1996 |
| Sun Microsystems, Inc | 2550 Garcia Ave Attn: Michael Lehman | Mountain View, CA 94043-1100 | License Agreement | 7/1/1996 |

Total: 2

CONFIDENTIAL

# PATENT LICENSE AGREEMENTS

| Title | Parties | Entered |
|---|---|---|
| Patent License Agreement | Alias Systems Corp., Silicon Graphics, Inc., Silicon Graphics Ltd., Silicon Graphics World Trade BV | 6/15/2004 |
| Source Code License Agreement, as amended by Amendment No. 1 dated March 10, 2006 | Apple Computer, Inc. and Silicon Graphics, Inc. | 8/12/2004 |
| Letter Agreement | Apple Computer, Inc. and Silicon Graphics, Inc. | 2/27/2004 |
| Artifex OEM Agreement | Artifex Software, Inc. and Silicon Graphics, Inc. | 10/30/2003 |
| License Agreement | Blue Martini Software, Inc. and Silicon Graphics, Inc. | 12/8/2000 |
| Patent Cross-License Agreement | Digital Equipment Corp. and Cray Research, Inc. | 4/20/1989 |
| Patent Cross-License Agreement | Fujitsu Ltd. and Cray Research, Inc. | 7/1/1994 |
| Settlement, Release and License Agreement | Fuzzysharp Techonologies, Inc. and Silicon Graphics, Inc. | |
| Patent License Agreement | Hitachi, Ltd. and Cray Research, Inc. | 6/28/1989 |
| Intellectual Property Agreement | Integraph Corp., Silicon Graphics, Inc., Silicon Graphics Manufacturing S.A. | 12/6/2001 |
| Agreement | International Business Machines Corp. and Cray Research, Inc. | 7/1/1993 |
| Agreement | International Business Machines, Inc. and Silicon Graphics, Inc. | 7/1/1994 |
| Copyright Assignment Agreement | James Peach and Silicon Graphics, Inc. | 12/8/2005 |
| Technology Agreement | Kasenna, Inc. and Silicon Graphics, Inc. | 1/6/2000 |
| Settlement and Non-Exclusive License Agreement | Laurence Marhoefer, Silicon Graphics, Inc. and MIPS Technologies, Inc. | 12/15/1998 |
| Assumption Agreement and Bill of Sale | LBI Group, Inc. and Silicon Graphics, Inc. | 2/14/2008 |
| Agreement | Lemelson Medical Educational and Research Foundation, LP and Silicon Graphics, Inc. | 7/30/1999 |
| License Agreement[1] | Micron Technology, Inc. and Silicon Graphics, Inc. | 2/20/2006 |
| Confidential Patent Assignment | Microsoft Corp. and Silicon Graphics, Inc. | 9/28/2001 |
| Confidential Patent Agreement | Microsoft Corp. and Silicon Graphics, Inc. | 9/28/2001 |
| Development & License Agreement | Microsoft Corp. and Silicon Graphics, Inc. | 11/18/1997 |
| Confidential Patent Covenant | Microsoft Corp. and Silicon Graphics, Inc. | 9/28/2001 |
| Technology Agreement dated 1999 | MIPS Technologies, Inc. and Silicon Graphics, Inc. | |
| Agreement to Assign Royalties for Certain MIPS Publications | MIPS Technologies, Inc. and Silicon Graphics, Inc. | 10/1/2005 |

[1] See Special Note under Section 5.3(b) of the APA Schedules.

CONFIDENTIAL

# PATENT LICENSE AGREEMENTS

| Title | Parties | Entered |
|---|---|---|
| SPICE Model License Agreement | Molex, Inc. and Silicon Graphics, Inc. | 7/6/2006 |
| Patent Portfolio License Agreement | MPEG LA, LLC | 1/1/1998 |
| Technology License Agreement, as amended by Amendment to Technology License Agreement dated December 18, 1998 | NEC Corp. and MIPS Computer Systems, Inc. | 1/30/1989 |
| Joint Development and License Agreement, as amended by the First Addendum to Joint Development and License Agreement dated February 5, 1994, the Second Addendum to Joint Development and License Agreement dated February 21, 1996, the Third Addendum to Joint Development and License Agreement dated June 12, 1996 and the Fourth Addendum to Joint Development and License Agreement effective June 21, 1996 | Nintendo Co., Ltd., Nintendo of America Inc., Silicon Graphics, Inc. and MIPS Technologies, Inc. | 8/20/1993 |
| Agreement, as amended by the First Amendment dated October 15, 1995 | Nintendo Co., Ltd., Nintendo of America Inc., Silicon Graphics, Inc. and MIPS Technologies, Inc. | 10/13/1995 |
| Software Agreement, as amended by letter agreement dated July 21, 1995, letter agreement dated April 26, 1995, Supplement No. 26 and letter dated January 30, 1992, letter dated March 30, 1993, and letter dated May 21, 1993 and as amended on January 9, 1990 | Novell, Inc., AT&T Information Systems Inc., Silicon Graphics, Inc. | 1/24/1986 |
| Sublicensing Agreement, as amended by letter agreement dated July 21, 1995 | Novell, Inc., AT&T Information Systems Inc. and Silicon Graphics, Inc. | 9/10/1986 |
| SuSE OEM and License Agreement for Suse Linux Operating System with Silicon Graphics, Inc., as amended by Amendment No. 1 dated July 29, 2005 | Novell, Inc. and Silicon Graphics, Inc. | 8/6/2003 |
| Patent License Agreement | nVidia Corp. and Silicon Graphics, Inc. | 7/17/1999 |
| Strategic Relationship Agreement | nVidia Corp. and Silicon Graphics, Inc. | 7/17/1999 |
| Patent License Agreement | Paul Hansen and Silicon Graphics, Inc. | 6/8/2001 |
| Patent License Agreement | Pixar and Silicon Graphics, Inc. | 3/12/1996 |
| License Agreement | Purple Insight and Silicon Graphics, Inc. | 8/8/2003 |
| Letter of Agreement, including Cross License Agreement, as amended by letter agreement dated September 25, 1998 | Real 3D, Inc. and Silicon Graphics, Inc. | 7/21/1998 |
| Mutual Release Agreement | Real 3D, Inc. and Silicon Graphics, Inc. | 9/1998 |
| Partner Agreement | Red Hat, Inc. and Silicon Graphics, Inc. | 7/1/2008 |
| Patent Nonassertion Agreement | Sun Microsystems, Inc. and Cray Research, Inc. | 5/18/1994 |
| Commercial Use License, Attachment D to Sun Community Source License Agreement | Sun Microsystems, Inc. and Silicon Graphics, Inc. | 12/22/2000 |

CONFIDENTIAL

# PATENT LICENSE AGREEMENTS

| Title | Parties | Entered |
|---|---|---|
| Technology License and Distribution Agreement, as amended by Amendment No. 1 dated February 1, 2001, Amendment No. 2 dated October 2002, Amendment No. 3 dated March 22, 2006 and Amendment No. 4 dated March 2, 2009 | Sun Microsystems, Inc. and Silicon Graphics, Inc. | 12/21/2000 |
| Java Binding For the OpenGL API Umbrella Agreement | Sun Microsystems, Inc. and Silicon Graphics, Inc. | 7/24/2003 |
| Technology Agreement, as amended by Amendment No. 1 to Schedule B of the Technology Agreement dated June 13, 2002 and Amendment No. 3 to the Technology Agreement dated March 28, 2008 | Tera Computer Co. and Silicon Graphics, Inc. | 3/31/2000 |
| MTI Source Code License Agreement | The Board of Trustees of Leland Stanford Junior University and MIPS Technologies, Inc. | 1/6/1994 |
| Joint Development Agreement | Time-Warner Entertainment Co., L.P. and Silicon Graphics, Inc. | 6/11/1993 |
| Settlement Agreement and Covenant Not to Sue | TM Patents LP, TM Creditors LLC, Silicon Graphics, Inc. and Cray Research, Inc. | 4/1/1999 |
| Beast, Beast-Shrink and Alien Chip Technology License Agreement | Toshiba Corp. and MIPS Technologies, Inc. | 6/28/1996 |
| License Agreement | Trioniq Saguanay (1989) Inc. and Silicon Graphics, Inc. | 8/9/2007 |
| Research Agreement No 2412105 | University of Utah and Silicon Graphics, Inc. | 1/15/2005 |
| Non-Exclusive Patent License Agreement | Viewpoint DataLabs International, Inc. and Silicon Graphics, Inc. | 8/6/1996 |
| Patent License Agreement | Weitek Corp., MIPs Technologies, Inc. and Silicon Graphics, Inc. | 5/28/1997 |
| Joint Development and Cross License Agreement | Weitek Corp. and Silicon Graphics, Inc. | 11/19/1991 |
| License Agreement | Xerox Corp. and Silicon Graphics, Inc. | 8/1/1996 |
| License Agreement | Xerox Corp. and Silicon Graphics, Inc. | 3/1/1995 |
| Patent License Agreement | Zoomify, Inc. and Silicon Graphics, Inc. | 12/19/2000 |
| [Redacted] | | |
| [Redacted] | | |
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 6/5/2002 |
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 1/10/2003 |
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 4/1/2003 |

CONFIDENTIAL

# PATENT LICENSE AGREEMENTS

| Title | Parties | Entered |
|---|---|---|
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 5/26/2003 |
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 2/20/2004 |
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 5/11/2004 |

CONFIDENTIAL

The remainder of Schedule 2.1(e) has been redacted.