## Schedule 5.3
## Title to Assets; Intellectual Property
(continued)

5.3(d)

1. The Special Note to section (b) of this Schedule 5.3 is incorporated herein by reference.

2. Item 2 under the heading "United States" in Schedule 5.5 is incorporated herein by reference.

5.3(e)

See attached.

5.3 (e):

| Title | Parties | Entered |
|---|---|---|
| Patent License Agreement | Alias Systems Corp., Silicon Graphics, Inc., Silicon Graphics Ltd., Silicon Graphics World Trade BV | 6/15/2004 |
| Source Code License Agreement, as amended by Amendment No. 1 dated March 10, 2006 | Apple Computer, Inc. and Silicon Graphics, Inc. | 8/12/2004 |
| Letter Agreement | Apple Computer, Inc. and Silicon Graphics, Inc. | 2/27/2004 |
| Artifex OEM Agreement | Artifex Software, Inc. and Silicon Graphics, Inc. | 10/30/2003 |
| License Agreement | Blue Martini Software, Inc. and Silicon Graphics, Inc. | 12/8/2000 |
| Patent Cross-License Agreement | Digital Equipment Corp. and Cray Research, Inc. | 4/20/1989 |
| Patent Cross-License Agreement | Fujitsu Ltd. and Cray Research, Inc. | 7/1/1994 |
| Settlement, Release and License Agreement | Fuzzysharp Techonologies, Inc. and Silicon Graphics, Inc. | |
| Patent License Agreement | Hitachi, Ltd. and Cray Research, Inc. | 6/28/1989 |
| Intellectual Property Agreement | Intergraph Corp., Silicon Graphics, Inc., Silicon Graphics Manufacturing S.A. | 12/6/2001 |
| Agreement | International Business Machines Corp. and Cray Research, Inc. | 7/1/1993 |
| Agreement | International Business Machines, Inc. and Silicon Graphics, Inc. | 7/1/1994 |
| Copyright Assignment Agreement | James Peach and Silicon Graphics, Inc. | 12/8/2005 |
| Technology Agreement | Kasenna, Inc. and Silicon Graphics, Inc. | 1/6/2000 |
| Settlement and Non-Exclusive License Agreement | Laurence Marhoefer, Silicon Graphics, Inc. and MIPS Technologies, Inc. | 12/15/1998 |
| Assumption Agreement and Bill of Sale | LBI Group, Inc. and Silicon Graphics, Inc. | 2/14/2008 |
| Agreement | Lemelson Medical Educational and Research Foundation, LP and Silicon Graphics, Inc. | 7/30/1999 |
| License Agreement[1] | Micron Technology, Inc. and Silicon Graphics, Inc. | 2/20/2006 |
| Confidential Patent Assignment | Microsoft Corp. and Silicon Graphics, Inc. | 9/28/2001 |
| Confidential Patent Agreement | Microsoft Corp. and Silicon Graphics, Inc. | 9/28/2001 |
| Development & License Agreement | Microsoft Corp. and Silicon Graphics, Inc. | 11/18/1997 |
| Confidential Patent Covenant | Microsoft Corp. and Silicon Graphics, Inc. | 9/28/2001 |
| Technology Agreement dated 1999 | MIPS Technologies, Inc. and Silicon Graphics, Inc. | |
| Agreement to Assign Royalties for Certain MIPS Publications | MIPS Technologies, Inc. and Silicon Graphics, Inc. | 10/1/2005 |

---

[1] See Special Note under Section (b) of this Schedule.

| Title | Parties | Entered |
|---|---|---|
| SPICE Model License Agreement | Molex, Inc. and Silicon Graphics, Inc. | 7/6/2006 |
| Patent Portfolio License Agreement | MPEG LA, LLC | 1/1/1998 |
| Technology License Agreement, as amended by Amendment to Technology License Agreement dated December 18, 1998 | NEC Corp. and MIPS Computer Systems, Inc. | 1/30/1989 |
| Joint Development and License Agreement, as amended by the First Addendum to Joint Development and License Agreement dated February 5, 1994, the Second Addendum to Joint Development and License Agreement dated February 21, 1996, the Third Addendum to Joint Development and License Agreement dated June 12, 1996 and the Fourth Addendum to Joint Development and License Agreement effective June 21, 1996 | Nintendo Co., Ltd., Nintendo of America Inc., Silicon Graphics, Inc. and MIPS Technologies, Inc. | 8/20/1993 |
| Agreement, as amended by the First Amendment dated October 15, 1995 | Nintendo Co., Ltd., Nintendo of America Inc., Silicon Graphics, Inc. and MIPS Technologies, Inc. | 10/13/1995 |
| Software Agreement, as amended by letter agreement dated July 21,1995, letter agreement dated April 26, 1995, Supplement No. 26 and letter dated January 30, 1992, letter dated March 30, 1993, and letter dated May 21, 1993 and as amended on January 9, 1990 | Novell, Inc., AT&T Information Systems Inc., Silicon Graphics, Inc. | 1/24/1986 |
| Sublicensing Agreement, as amended by letter agreement dated July 21, 1995 | Novell, Inc., AT&T Information Systems Inc. and Silicon Graphics, Inc. | 9/10/1986 |
| SuSE OEM and License Agreement for Suse Linux Operating System with Silicon Graphics, Inc... as amended by Amendment No. 1 dated July 29, 2005 | Novell, Inc. and Silicon Graphics, Inc. | 8/6/2003 |
| Patent License Agreement | nVidia Corp. and Silicon Graphics, Inc. | 7/17/1999 |
| Strategic Relationship Agreement | nVidia Corp. and Silicon Graphics, Inc. | 7/17/1999 |
| Patent License Agreement | Paul Hansen and Silicon Graphics, Inc. | 6/8/2001 |
| Patent License Agreement | Pixar and Silicon Graphics, Inc. | 3/12/1996 |
| License Agreement | Purple Insight and Silicon Graphics, Inc. | 8/8/2003 |
| Letter of Agreement, including Cross License Agreement, as amended by letter agreement dated September 25, 1998 | Real 3D, Inc. and Silicon Graphics, Inc. | 7/21/1998 |
| Mutual Release Agreement | Real 3D, Inc. and Silicon Graphics, Inc. | 9/1998 |
| Partner Agreement | Red Hat, Inc. and Silicon Graphics, Inc. | 7/1/2008 |
| Patent Nonassertion Agreement | Sun Microsystems, Inc. and Cray Research, Inc. | 5/18/1994 |
| Commercial Use License, Attachment D to Sun Community Source License Agreement | Sun Microsystems, Inc. and Silicon Graphics, Inc. | 12/22/2000 |

11706310_5.DOC

| Title | Parties | Entered |
|---|---|---|
| Technology License and Distribution Agreement, as amended by Amendment No. 1 dated February 1, 2001, Amendment No. 2 dated October 2002, Amendment No. 3 dated March 22, 2006 and Amendment No. 4 dated March 2, 2009 | Sun Microsystems, Inc. and Silicon Graphics, Inc. | 12/21/2000 |
| Java Binding For the OpenGL API Umbrella Agreement | Sun Microsystems, Inc. and Silicon Graphics, Inc. | 7/24/2003 |
| Technology Agreement, as amended by Amendment No. 1 to Schedule B of the Technology Agreement dated June 13, 2002 and Amendment No. 3 to the Technology Agreement dated March 28, 2008 | Tera Computer Co. and Silicon Graphics, Inc. | 3/31/2000 |
| MTI Source Code License Agreement | The Board of Trustees of Leland Stanford Junior University and MIPS Technologies, Inc. | 1/6/1994 |
| Joint Development Agreement | Time-Warner Entertainment Co., L.P. and Silicon Graphics, Inc. | 6/11/1993 |
| Settlement Agreement and Covenant Not to Sue | TM Patents LP, TM Creditors LLC, Silicon Graphics, Inc. and Cray Research, Inc. | 4/1/1999 |
| Beast, Beast-Shrink and Alien Chip Technology License Agreement | Toshiba Corp. and MIPS Technologies, Inc. | 6/28/1996 |
| License Agreement | Trioniq Saguanay (1989) Inc. and Silicon Graphics, Inc. | 8/9/2007 |
| Research Agreement No 2412105 | University of Utah and Silicon Graphics, Inc. | 1/15/2005 |
| Non-Exclusive Patent License Agreement | Viewpoint DataLabs International, Inc. and Silicon Graphics, Inc. | 8/6/1996 |
| Patent License Agreement | Weitek Corp., MIPS Technologies, Inc. and Silicon Graphics, Inc. | 5/28/1997 |
| Joint Development and Cross License Agreement | Weitek Corp. and Silicon Graphics, Inc. | 11/19/1991 |
| License Agreement | Xerox Corp. and Silicon Graphics, Inc. | 8/1/1996 |
| License Agreement | Xerox Corp. and Silicon Graphics, Inc. | 3/1/1995 |
| Patent License Agreement | Zoomify, Inc. and Silicon Graphics, Inc. | 12/19/2000 |
| [Redacted] | | |
| [Redacted] | | |
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 6/5/2002 |
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 1/10/2003 |
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 4/1/2003 |

1170310_5.DOC

| Title | Parties | Entered |
|---|---|---|
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 5/26/2003 |
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 2/20/2004 |
| Certificate of Agreement (license to trademarks) | SGI Japan, Ltd. and Silicon Graphics, Inc. | 5/11/2004 |

The remainder of Schedule 5.3(e) has been redacted.

## Schedule 5.3
## Title to Assets; Intellectual Property
(continued)

### 5.3(f)

1. AMD and its subsidiaries may be infringing one or more of the Company's patents (including such patents that have been the subject of litigation).

2. All items under the heading "Patent Assertions" in Schedule 5.5 is incorporated herein by reference.

Schedule 5.4
**Contracts**

None.

## Schedule 5.5
## Legal Proceedings

United States

1. Proscy Cruz v. Silicon Graphics, Inc. employment litigation.

2. AMD (ATI Technologies, Inc.). Appeal of patent infringement case in which Seller was found to be not entitled to recovery from AMD for infringement on certain patents.

3. Silicon Graphics, Inc. v. James River Technical, Inc. Breach of contract dispute, with potential amount in controversy in excess of $2 million. No action has been brought.

4. Audits on Seller for state sales and use tax matters for fiscal years 2004 through 2006 in California.

5. Boeing has performed an audit of service contract and has requested $700,000 repayment.

6. In early 2009, Seller conducted an internal investigation concerning allegations of mischarging on a classified government contract. Silicon Graphics Federal, Inc. audited the classified government contract in question and concluded that there was no misconduct.

EMEA

1. Infringement of Article 82 EC by Intel. The European Commission requested information from Silicon Graphics Limited [United Kingdom] in January 2006 in case Com/C – 3/37.990, to which Silicon Graphics Limited [United Kingdom] has provided a confidential response.

Germany

1. Silicon Graphics GmbH [Germany] v. T-Systems International GmbH. September 2005 claims on purchase contract for Bavarian broadcasting system in the amount of approximately $6 million.

2. T-Systems International GmbH v. Silicon Graphics GmbH [Germany]. September 2005 damages claim on purchase contract for non-delivery of Bavarian broadcasting system in the amount of approximately $11.9 million.

3. Silicon Graphics GmbH [Germany] v. T-Systems International GmbH. September 2005 payment and damages claim on purchase contract for Bavarian broadcasting system in the amount of approximately $5 million.

4. DIF GmbH v. Silicon Graphics GmbH [Germany]. February 2008 payment claim by DIF GmbH on buy-back agreement in the amount of approximately $150,000. Declaratory judgment in favor of DIF GmbH.

5. Michael Veith v. Silicon Graphics GmbH [Germany]. December 2008 claim by Veith for reinstatement due to unfair dismissal.

6. Robert Zeller v. Silicon Graphics GmbH [Germany]. January 2009 appeal by Zeller against second level court ruling that his monthly pension is $11,416.33 and not the claimed $12,345.97.

7. Tax year 2002/2003 to 2006/2007 potential assessments related to transfer pricing adjustments under a commissionaire arrangement between Seller and Silicon Graphics GmbH [Germany]. The company can not at this time quantify any potential liability.

Italy

1. GFI S.p.A. v. Silicon Graphics S.p.A. [Italy]. May 2008 appeal by GFI S.p.A. of decision requiring GFI S.p.A. to pay back an approximately $29,000 security deposit on office lease to Silicon Graphics S.p.A.

2. Silicon Graphics S.p.A. [Italy] v. Tax Authority Italy. September 2007 action by Silicon Graphics S.p.A. to reclaim approximately $110,000 paid by Silicon Graphics S.p.A. [Italy] to Tax Authority Italy.

Sweden

1. Silicon Graphics AB [Sweden] v. Lars Hesslind, Thomas Ekebring, Lars Kindell and Johan Hesslind. October 2006 damages claim of approximately $967,000 by Silicon Graphics AB [Sweden] against former directors of Network Technical AB.

Greece

1. Symmetrics v. Silicon Graphics, Inc. and Silicon Graphics A.E. [Greece]. March 1999 damages claim of approximately $4 million by Symmetrics for alleged breach of exclusive distribution contract.

2. Symmetrics v. Silicon Graphics, Inc. and Silicon Graphics A.E. [Greece]. November 2000 damages claim of approximately $1 million by Symmetrics for alleged unlawful termination of distribution agreement.

3. Silicon Graphics Finance S.A. v. Symmetrics. Claims by Silicon Graphics Finance S.A., circa 2000, for unsettled invoices totaling approximately $470,000.

4. Symmetrics v. Silicon Graphics A.E. [Greece]; Silicon Graphics A.E. [Greece] v. Symmetrics. Mutual actions in 1999 for interim injunctions.

India

1. Bharat Heavy Electronics Limited - "BHEL" (India). Claims against Silicon Graphics Systems (India) Limited alleging delay in and failure to deliver products and technical problems with Silicon Graphics hardware and software.

2. Nidas Estate (India). Lease dispute regarding the Bangalore office. Two cases open – one by Silicon Graphics Systems (India) Limited for refund of security deposit, and another by Nidas Estate (India) for recovery of rent.

3. Winfoware Technologies. Breach of contract case.

4. Appellate Tribunal for Foreign Exchange. Penalty of approximately $900,000 imposed on Silicon Graphics, Inc. by Directorate of Enforcement Foreign Exchange Cell for not providing the

documentary evidence of import against the foreign exchange paid outside India to Silicon Graphics, Inc.

5. Indian Custom Authorities. Silicon Graphics Systems (India) Limited was served a show cause notice by the customs authorities in 1997 in regard to varsity software imported by the company in 1995-1996, to which a fine of Rs.1,000,000 and a penalty of Rs.500,000 was imposed.

6. New Era Industries debt action. Claim against Silicon Graphics Systems (India) Limited for liquidated damages and unpaid bills and interest by a New Era Industries in connection with an office renovation contract vacated in 2002. The case is on appeal.

7. Sterling & Wilson Electrical Private Limited debt action. Claim again Silicon Graphics Systems (India) Limited for liquidated damages and unpaid bills and interest by a Sterling & Wilson Electricals Private Limited. The parties went to arbitration, and the case is on appeal.

8. Tax year 1989/1990 through 1996/1997 assessments related to Cray Research India Ltd. and pertaining to tax matters in the amount of approximately $1.5 million.

9. Annual audits of Silicon Graphics Systems (India) Limited as required by law.

Malaysia

1. Michael Newberry v. Silicon Graphics Sdn Bhd [Malaysia]. Employment litigation related to a claim of unfair dismissal in 2003. Current exposure of Silicon Graphics Sdn Bhd [Malaysia] is approximately $39,000.

Canada

1. Silicon Graphics Limited [Canada] v. On the Go Healthcare, Inc., Metro One Development and Helios – On The Go. Debt collection case by Silicon Graphics Limited [Canada] for the payment of approximately C$159,000 and C$90,000 interest for equipment.

2. Tax year 1995/1996 to 2003/2004 assessment related to the disallowance of R&D tax credits and corresponding charges for interest and penalties in the amount of approximately $10.3 million.

3. Tax year 2004/2005 assessment related to the disallowance of R&D tax credits and charges for interest and penalties in the amount of approximately $490,000.

Brazil

1. Treasury Department of the City of Rio de Janeiro/RJ v. Silicon Graphics Comércio e Serviços Ltda. [Brazil], Administrative Proceeding 100902. Tax Assessment Notice in the amount of approximately R$450,000 issued by the Treasury Department in connection with the Tax on Services (ISS) related to the period from March 1999 to June 2003. Silicon Graphics Comércio e Serviços Ltda. [Brazil] presented the Voluntary Appeal to the Taxpayers Council in March 2008.

2. Public Treasury of the State of Rio de Janeiro v. Silicon Graphics Comércio e Serviços Ltda. [Brazil]. Notice of Infringement (AI) n° 03.203612-1 (with amount in controversy of approximately R$215,000) in connection with the Tax on Distribution of Goods and Services of Interstate and Intermunicipal Transport and Communication Services (ICMS) for credits that

originated from the return of bad parts and new parts. Silicon Graphics Comércio e Serviços Ltda. [Brazil] presented the defense in October 2007.

3. Treasury Department of the State of São Paulo v. Silicon Graphics Comércio e Serviços Ltda. [Brazil]. Tax Assessment Notice (AI) n° 2019495-0 (with amount in controversy of approximately R$300,000) in connection with Value Added Sales Tax collection. In October 2000, Silicon Graphics Comércio e Serviços Ltda. [Brazil] filed an administrative defense that was denied. Silicon Graphics Comércio e Serviços Ltda. [Brazil] then filed a voluntary appeal to the Tax Court. The Tax Court accepted the appeal in regard to the restraining of defense. Silicon Graphics Comércio e Serviços Ltda. [Brazil]'s defense was filed in July 2007.

4. Federal Revenue Service v. Silicon Graphics Comércio e Serviços Ltda. [Brazil]. Tax Assessment Notice (AI) n° 13807.003230/2001-86 (with amount in controversy of approximately R$1,000,000) in connection with the Collection of Social Contributions. Decision of the motion in limine filed by Silicon Graphics Comércio e Serviços Ltda. [Brazil] was granted in February 2005, and recognized that no amount is due in relation to COFINS. The "ex officio" appeal was dismissed by the Conselho de Contribuintes, on judgment dated as of March 2007. In October 2007, the Office of Attorney-General of the National Treasury presented an appeal.

5. Silicon Graphics Comércio e Serviços Ltda. [Brazil] v. Tax Administration Chief of the Brazilian Federal Revenue Office in Sao Paulo (DERAT) and Federal Government. Writ of Mandamus n°. 20086100030859-6 (with amount in controversy of approximately R$560,000) in connection with the issuance of a tax clearance certificate in the name of Silicon Graphics Comércio e Serviços Ltda. [Brazil]. In December 2008, Silicon Graphics Comércio e Serviços Ltda. [Brazil] obtained a court injunction requiring federal tax authorities to immediately release a tax clearance certificate in the name of Silicon Graphics Comércio e Serviços Ltda. [Brazil]. An Interlocutory Appeal ("Agravo de Instrumento") n°. 20090300000549-7 was filed by the Federal Government in January 2009.

China

1. Chinese income tax audit on issues related to transfer pricing for fiscal year 2003 through 2005.

2. In fiscal 2005, Seller conducted an internal investigation into whether certain systems were delivered to an entity in China in possible violation of U.S. export laws. Seller voluntarily shared information with respect to the investigation with the U.S. Department of Commerce.

3. Seller is conducting an internal investigation of allegations that several Chinese employees have formed an alliance to manipulate pricing and to direct all Chinese customers to book their deals through ACME, a Silicon Graphics partner/reseller, instead of directly with Silicon Graphics Computer Engineering & Technology (China) Co., Ltd.

Field

1. Seller conducted an investigation concerning an allegation that a field employee was let go as part of the February 2009 reduction in force in retaliation his "whistle blowing" over "padding" of a service management agreement.

General

1. Liquidation or other wind-down proceedings for the following subsidiaries of Acquired Subsidiaries:

   - Silicon Graphics SA [Argentina]
   - Silicon Graphics SA [Chile]
   - Silicon Graphics SA [Venezuela]
   - Silicon Graphics AE [Greece]
   - Silicon Graphics S.A. de C.V. [Mexico]
   - Silicon Graphics Limited [Hong Kong]
   - Silicon Graphics Limited [Taiwan]

## Patent Assertions

| | | | |
|---|---|---|---|
| Acceleron LLC | Patent assertion - offer of license to U.S. Patent No. 6,948,021 | Assertion letter received September 2007. | 1530 SSW Loop 323 Suite 111 Tyler, TX 75701 |
| Alliacense | Patent assertion – offer of license to "Moore Microprocessor Patents" | Draft license proposed. Ongoing discussions. | 20400 Stevens Creek Blvd., Fifth Floor, Cupertino, CA 95014 Attn: Carl Silverman |
| Alliacense | Patent assertion – offer of license to "Fast Logic" patents | Assertion letter received March 2009. | 20400 Stevens Creek Blvd., Fifth Floor, Cupertino, CA 95014 Attn: Carl Silverman |
| IBM | Patent cross-license request | Received letter December 2008. Ongoing discussions. | Technology & Intellectual Property One North Castle Drive Armonk, NY 10504 Attn: Steve Joroff |
| Microsoft | Patent assertion – offer to amend the Sept. 28, 2001 Confidential Patent Covenant between SGI and Microsoft | Ongoing discussions. | Director of Licensing LCA Patent Group Microsoft Corporation One Microsoft Way Redmond, WA 98052 |

## Employment Disputes

| Month/Year | Location | Function | Job Title | Issue | Resolution/Status |
|---|---|---|---|---|---|
| Nov-07 | France | CS | CS Engineer | Long period of disruptive behaviour. Employee claimed moral harassment by management | Mutual agreement to leave - payment of total €48,500, inclusive of notice payment. Employee withdrew claim of harassment |
| Dec-07 | Chippewa Falls, WI | Mfg | Material Controller | Employees engaged in disruptive behavior in workplace as result of personal relationship | Both employees issued written warnings regarding disruptive behavior. One such employee returned to work after a "fitness for duty test". The other employee |

| Month/Year | Location | Function | Job Title | Issue | Resolution/Status |
|---|---|---|---|---|---|
| | | | | | resigned voluntarily |
| Mar-08 | Melbourne, Australia | Engr | Director, Engr | Employee Terminated for secretly working a second job with a potential competitor | Termination |
| Apr-08 | Sunnyvale, CA | Finance | Director, Finance | Employee terminated for work performance | Employee claimed he was not provided the appropriate training, and Silicon Graphics did not follow GAAP requirements and violated SOX requirements. Claim was unfounded. $20,000 settlement to reduce legal expenses |
| Apr-08 | Munich | Sales | Sales Rep | RIF March 2007 - employee claimed as part of severance should receive commission on a particular deal | Court found in favor of employee. €32,500 paid to employee for commission and expenses due |
| Jun-08 | Sunnyvale, CA | | Marketing Manager | Employee terminated for performing side business on company time and equipment | Employee claimed reverse discrimination, and that others were also performing work for side businesses. Investigation found these claims were not true. Case also closed by the Department of Labor |

| Month/Year | Location | Function | Job Title | Issue | Resolution/Status |
|---|---|---|---|---|---|
| Jul-08 | Sunnyvale, CA | Prod Mktg | Prod Mktg Manager | Employee terminated for poor work performance. Requested end of year bonus payout for achieving specific results | Following several attorney exchanges, settled with $6,000 payment vs incurring legal expenses |
| Sep-08 | Sunnyvale, CA | Finance | Director, Finance | Employee terminated for work performance and conducting tax legal business during work hours | Termination |
| Oct-08 | Sunnyvale, CA | Finance | Finance Analyst | Employee terminated for false claims against another employee | Employee filed claim against Silicon Graphics for failing to respond to sexual harassment claims. Silicon Graphics has filed Summary Motion, court date pending May 2009 |
| Dec-08 | Norway | Sales | Sales Rep | RIF – 62 year-old employee disputed was a genuine redundancy | Mutual ageement - 18 months 80 % OTE inclusive of notice. Originally requested 5 years 100% payment, i.e., until retirement. |
| Feb-09 | Sunnyvale, CA | Sales | Sales Rep | RIF. Requested commissions for orders claimed to be booked and approved from former Manager totaling approx. $29,000 | Investigation conducted, orders were not officially booked based Sales Comp Plan. Silicon Graphics denied payment |

| Month/Year | Location | Function | Job Title | Issue | Resolution/Status |
|---|---|---|---|---|---|
| Feb-09 | Sunnyvale, CA | Sales | Sales Rep | RIF prior to official booking of $20 million order | Agreement and Release signed to pay 1/2 terms + 1/2 upon official booking |
| Feb-09 | Field | Services | Security | RIF – claimed retaliation based on "whistle blowing" regarding Service Management "padding" agreement | Investigation conducted |
| Feb-09 | Munich | CS | CS Engineer | RIF - employee claimed unfair dismissal; requested severance package based on Social Plan from 2005 which would have been €20,000 higher than current plan in operation | Court settlement of €42,000, i.e., only €6,000 higher than current Social Plan plus notice extended by further 1 month |
| Appeal heard April 2008 | Munich | CS | CS Engineer | Ex-Cray employee (left 2003) claimed irregularity over pension contributions. Judgment Feb. 28, 2008. Appeal heard Oct. 2008. | Orginal case dismissed by Court. Employee requested case to be reopened by Court after appeal dismissed; currently waiting for Court response |
| Feb to Nov 2007 | All | | All | Lengthy and difficult negotiations with Works Council on salary review process and new sales compensation plan | Conciliatory Board eventually reached joint agreement between Works Council and management to the extent that for most part adoption |

| Month/Year | Location | Function | Job Title | Issue | Resolution/Status |
|---|---|---|---|---|---|
| | | | | | of global programs agreed with phased approach to complete adoption |
| | Canada | | | A terminated employee claimed that she was entitled to a higher severance amount | Employee has retained an attorney but no action has been taken |
| | Canada | | | A recently terminated sales representative claiming commission on an order that was booked the day after his last day | Employee's request denied |
| | Canada | | | Potential termination of Customer Security Officer position | This position is required under certain government contracts and may create a breach of contract |