# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Silicon Graphics, Inc.**　　　　　　　　　　　　　　Case No.: **09-11701**
　　　　　**Debtor**

*** SUBJECT TO GENERAL AND SPECIFIC NOTES TO THESE SCHEDULES ***

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under Chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES / NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | NO | 0 | $14,497,328 | | |
| B - PERSONAL PROPERTY | NO | 0 | $142,132,398 | | |
| C - PROPERTY CLAIMED AS EXEMPT | NO | 0 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | NO | 0 | | $162,439,270 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS | YES | 4 | | $863,526 | |
| F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS | YES | 4 | | $90,337,456 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | NO | 0 | | | |
| H - CODEBTORS | NO | 0 | | | |
| I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| **Total number of sheets of all Schedules** | | 8 | | | |
| | | Total Assets > | $142,132,398 | | |
| | | | Total Liabilities > | $253,640,252 | |

# UNITED STATES BANKRUPTCY COURT
# Southern District of New York

**In re:** Silicon Graphics, Inc.

**Debtor**

**Case No.:** 09-11701

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| See Exhibit E-1 immediately following Schedule E | | Tax Liabilites | ✔ | ✔ | | Undetermined |
| See Exhibit E-2 following Schedule E-1 | | Employee Claims | | | | $863,526 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Total**     **$863,526**

In re: **Silicon Graphics, Inc.**  Case No.: **09-11701**
         **Debtor**

## AMENDED SCHEDULE

**Exhibit E-2**
**Employee Claims**

| Name | Address | City, State & Zip | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|
| Bement,Kelly | 7549 140th Street | Chippewa Falls, WI 54729 US | ☐ | ☐ | ☐ | $10,950 |
| Bernart,John | P.O. Box 306 | Jamestown, CO 80455 US | ☐ | ☐ | ☐ | $10,950 |
| Bigger,Leland | 14142 Dresden Court | Apple Valley, MN 551247751 US | ☐ | ☐ | ☐ | $10,950 |
| Blankenhaus,Matthias | 923 Delaware Street | Berkeley, CA 94710 US | ☐ | ☐ | ☐ | $10,950 |
| Bloesch,Ken | 6716 Clifford Dr | Cupertino, CA 95014 US | ☐ | ☐ | ☐ | $10,950 |
| Borus,Bill | 2 Shine Avenue | Dudley, MA 01571 US | ☐ | ☐ | ☐ | $10,950 |
| Bronzovic,Greg | 343 Bean Ave #D | Los Gatos, CA 95030 US | ☐ | ☐ | ☐ | $10,950 |
| Burrell,J. Dee | 4818 183rd St. | Chippewa Falls, WI 54729 US | ☐ | ☐ | ☐ | $10,950 |
| Capovilla,Michael | 580 Manzanita Avenue | Sunnyvale, CA 94085 US | ☐ | ☐ | ☐ | $10,950 |
| Chang,Kim | 105 El Porton | Los Gatos, CA 95032 US | ☐ | ☐ | ☐ | $10,950 |
| Cheatam, Benjamin | 19 Brompton Avenue | San Francisco, CA 94131 US | ☐ | ☐ | ☐ | $11 |
| Cheng,Ming | 1673 CALADO COURT | CAMPBELL, CA 95008 US | ☐ | ☐ | ☐ | $7,959 |
| Cherukuri Purna,Muktesh | 1170 Northwood Drive | Eagan, MN 55121 US | ☐ | ☐ | ☐ | $10,950 |
| Clounch,David | 15634 Highway Lane | Apple Valley, MN 55124 US | ☐ | ☐ | ☐ | $10,950 |
| Coty,Michael | 14797 Oren Road | Scandia, MN 55073 US | ☐ | ☐ | ☐ | $10,950 |
| Crisman,Dick | 305 Bonanza Way | Danville, CA 94526 US | ☐ | ☐ | ☐ | $10,950 |
| Czech,Mike | 32588 CTY HWY O | Boyd, WI 54726 US | ☐ | ☐ | ☐ | $10,950 |
| Das,Anil | 10159 S. Foothill Blvd. | Cupertino, CA 95014 US | ☐ | ☐ | ☐ | $10,950 |
| Davudcousi,Gilbert | 78 Cherry Ridge Court | San Jose, CA 95136 US | ☐ | ☐ | ☐ | $10,950 |
| Day,Fred | 52D Springfield Avenue | Summit, NJ 07901 US | ☐ | ☐ | ☐ | $10,950 |
| Downey,Rick | 4205 Vine Hill Lane | Santa Cruz, CA 95065 US | ☐ | ☐ | ☐ | $10,950 |
| Eustace, Warren | 812 Bay Street | Mountain View, CA 94041 US | ☐ | ☐ | ☐ | $9,393 |
| Fenner,David | 7576 Turner Road | Independence, MN 55359 US | ☐ | ☐ | ☐ | $10,950 |
| Freeman,Lorraine | 9860 Ernst Road | Greeley Hill, CA 95311 US | ☐ | ☐ | ☐ | $10,882 |
| Fu,Tim | 33658 Whimbrel Road | Fremont, CA 94555 US | ☐ | ☐ | ☐ | $10,950 |
| Gessner, Rody | 2745 Hickory Trail | Iowa City, IA 52245 US | ☐ | ☐ | ☐ | $8,939 |
| Gorur,Vaishnav | 163 Page Street | Campbell, CA 95008 US | ☐ | ☐ | ☐ | $9,718 |
| Gotelaere,Andy | 21370 Cty Hwy R | Jim Falls, WI 54748 US | ☐ | ☐ | ☐ | $5,053 |
| Granata,Susie | 1440 Cypress Court | Gilroy, CA 95020 US | ☐ | ☐ | ☐ | $6,618 |
| Greene,Stephen | N1281 566th Street | Menomonie, WI 54751 US | ☐ | ☐ | ☐ | $10,302 |
| Hron,Jim | 804 Briar Lane | Altoona, WI 54720 US | ☐ | ☐ | ☐ | $10,950 |
| Hurter,Stacey | 133 Birchwood Pass | Canton, GA 30114 US | ☐ | ☐ | ☐ | $10,950 |
| Jenneman,Aaron | 12959 Co. Hwy B. | Chippewa Falls, WI 54729 US | ☐ | ☐ | ☐ | $5,501 |
| Jensen,Blaine | 108 S. Monroe Street | Denver, CO 80209 US | ☐ | ☐ | ☐ | $10,950 |
| Jordan,Mark | 2956 Neptune Avenue | Eau Claire, WI 54703 US | ☐ | ☐ | ☐ | $10,950 |
| Juskiewicz, Bradlee | 4626 Japonica Way | San Jose, CA 95129 US | ☐ | ☐ | ☐ | $12 |

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Silicon Graphics, Inc.**  
**Debtor**

Case No.: **09-11701**

## AMENDED SCHEDULE

**Exhibit E-2**
**Employee Claims**

| Name | Address | City, State & Zip | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|
| Kadomatsu, Gary | 675 Romeo Court | Pleasanton, CA 94566 US | ☐ | ☐ | ☐ | $10,950 |
| Kaplan, Michael | 9050 Coventry Pointe | Suwanee, GA 30024 US | ☐ | ☐ | ☐ | $10,950 |
| Karlinsey, Kaylan | 176 N 570 E | American Fork, UT 84003 US | ☐ | ☐ | ☐ | $6,946 |
| Kenoun, Julie | 1069 Big Sur Drive | San Jose, CA 95120 US | ☐ | ☐ | ☐ | $10,950 |
| Kent, Michelle | 727 2nd Street West | Altoona, WI 54720 US | ☐ | ☐ | ☐ | $10,950 |
| Khanmohammedbaigi, Hassan | 590 Hermosa Way | Menlo Park, CA 94025 US | ☐ | ☐ | ☐ | $10,950 |
| Kobori, Jim | 736 Chemowa Court | Sunnyvale, CA 94087 US | ☐ | ☐ | ☐ | $10,950 |
| Kramer, Kevin | 4150 Ethan Drive | Eagan, MN 55123 US | ☐ | ☐ | ☐ | $10,950 |
| Laayouni, Ali | 3400 Vinton Avenue | Los Angeles, CA 90034 US | ☐ | ☐ | ☐ | $10,950 |
| Lanterman, Kathy | 4184 Sonoma Mountain Road | Santa Rosa, CA 95404 US | ☐ | ☐ | ☐ | $10,950 |
| Lemke, Liz | 820 N Bridge Street | Chippewa Falls, WI 54729 US | ☐ | ☐ | ☐ | $4,907 |
| Lutter, Andrew | 1060 South 3rd Street | San Jose, CA 95112 US | ☐ | ☐ | ☐ | $8,313 |
| Marchese, Matthew | 608 E. Lowes Creek Rd. | Eau Claire, WI 54701 US | ☐ | ☐ | ☐ | $10,950 |
| Martinez, Ronnie | 16234 Singapore Lane | Houston, TX 77040 US | ☐ | ☐ | ☐ | $10,950 |
| Matheson, Michael | 2550 W. 12420 S. | Riverton, UT 84065 US | ☐ | ☐ | ☐ | $10,950 |
| Mcdonald, Dan | 190 Evandale Avenue, #C3 | Mountain View, CA 94043 US | ☐ | ☐ | ☐ | $10,950 |
| Michaud, Joseph | 49 Sandrick Rd | Belmont, MA 02478 US | ☐ | ☐ | ☐ | $10,950 |
| Nelson, Dean | 1529B Clemson Drive | Eagan, MN 551222897 US | ☐ | ☐ | ☐ | $10,950 |
| Nelson, Lynne | 1523 Pinetree Trail | Eagan, MN 55122 US | ☐ | ☐ | ☐ | $10,950 |
| Nguyen, Ben | 1421 Palmview Way | San Jose, CA 95122 US | ☐ | ☐ | ☐ | $10,719 |
| Olson, Doug | 17374 County Hwy J | Chippewa Falls, WI 54729 US | ☐ | ☐ | ☐ | $10,950 |
| Overton, Greg | 8017 Tiburon Place | Johnston, IA 50131 US | ☐ | ☐ | ☐ | $10,950 |
| Paderta, Ivan | 162 Oberg Court | Mountain View, CA 94043 US | ☐ | ☐ | ☐ | $10,950 |
| Parry, Dave | 22831 Mercedes Rd. | Cupertino, CA 95014 US | ☐ | ☐ | ☐ | $10,950 |
| Pavlova, Nadia | 406 Pinehurst Avenue | Los Gatos, CA 95032 US | ☐ | ☐ | ☐ | $10,950 |
| Perwad, Hanif | 426 Bark Drive | Redwood City, CA 94065 US | ☐ | ☐ | ☐ | $6,789 |
| Peterson, Kathy | 7407 203rd St. | Chippewa Falls, WI 54729 US | ☐ | ☐ | ☐ | $9,343 |
| Racanelli, Heidi | 2842 Kelley Place | EAU CLAIRE, WI 54701 US | ☐ | ☐ | ☐ | $10,950 |
| Ramalingam, Balaji | 929 El Camino Real, #J-129 | Sunnyvale, CA 94087 US | ☐ | ☐ | ☐ | $10,950 |
| Reagan, Craig | 1812 W. Sunset Blvd | Saint George, UT 84770 US | ☐ | ☐ | ☐ | $10,950 |
| Redler, Kenneth | 20665 Jaguar Avenue | Lakeville, MN 55044 US | ☐ | ☐ | ☐ | $8,658 |
| Rice, Christian | 6416 Alta Vista Drive | El Cerrito, CA 94530 US | ☐ | ☐ | ☐ | $10,950 |
| Ridore, Lionel | 1509 Gunstock Court | Hampton, GA 30228 US | ☐ | ☐ | ☐ | $48 |
| Robinson, Marla | 250 South Danville Road | Danville, AL 35619 US | ☐ | ☐ | ☐ | $10,950 |
| Rojas, Carlos Ivan | 2316 Eastridge Avenue | Menlo Park, CA 94025 US | ☐ | ☐ | ☐ | $10,950 |
| Sanford, Ellen | 1823 Speyer Lane | Redondo Beach, CA 90278 US | ☐ | ☐ | ☐ | $10,561 |

# UNITED STATES BANKRUPTCY COURT
# Southern District of New York

In re: **Silicon Graphics, Inc.**　　　　　　　　　　　　Case No.: **09-11701**

　　　　　**Debtor**

## AMENDED SCHEDULE

**Exhibit E-2**
**Employee Claims**

| Name | Address | City, State & Zip | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|
| Schimmel,Dale | 2540 9 1/4 Avenue | Chetek, WI 54728  US | ☐ | ☐ | ☐ | $10,950 |
| Sharma, Rohini | 1113 Winner's Circle | Louisville, KY 40242  US | ☐ | ☐ | ☐ | $3,080 |
| Sova,Mary | 3270 Bentonite Lane | Placerville, CA 95667  US | ☐ | ☐ | ☐ | $10,950 |
| Stinnett, Barbara | 3840 Joppa Avenue So | St Louis Park, MN 55416  US | ☐ | ☐ | ☐ | $10,950 |
| Sullivan,Sherry | 1301 Waldheim Rd | Chippewa Falls, WI 54729  US | ☐ | ☐ | ☐ | $10,950 |
| Sun,June | 6649 Canterbury Court | San Jose, CA 95129  US | ☐ | ☐ | ☐ | $10,730 |
| Toomey, Martin | 526 Waterside Court | Canton, GA 30114  US | ☐ | ☐ | ☐ | $350 |
| Torres,Jorge | 3921 Sundew Court | Plano, TX 75093  US | ☐ | ☐ | ☐ | $10,950 |
| Utsumi,Teruo | 102 Almond Hill Court | Los Gatos, CA 95032  US | ☐ | ☐ | ☐ | $10,950 |
| Walsh,Shelly | 204 Park Forest Terrace | Alabaster, AL 35007  US | ☐ | ☐ | ☐ | $10,950 |
| Weinert, Barry | 36882 Papaya Street | Newark, CA 94560  US | ☐ | ☐ | ☐ | $10,950 |
| Windus,Wave | 722 West Haven Rd. | Chippewa Falls, WI 54729  US | ☐ | ☐ | ☐ | $10,950 |
| Won,Ken | 179 Alberta Avenue | San Carlos, CA 94070  US | ☐ | ☐ | ☐ | $10,950 |
| Wuest,Sara | 4708 Upton Avenue South | Minneapolis, MN 55410  US | ☐ | ☐ | ☐ | $10,950 |
| Zais,Kay | 2906 119th Street East | Chippewa Falls, WI 54729  US | ☐ | ☐ | ☐ | $7,894 |
| Zivkov,Barb | 990 Menlo Avenue | Menlo Park, CA 94025  US | ☐ | ☐ | ☐ | $10,950 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　**$863,526**

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Silicon Graphics, Inc.**  
Debtor

Case No.: **09-11701**

---

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor an dmay be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedule D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| See Exhibit F-1 immediately following Schedule F | | Accounts Payable | ✔ | ☐ | ✔ | $19,190,901 |
| See Exhibit F-2 immediately following Exhibit F-1 | | Intercompany Liabilities | ☐ | ☐ | ☐ | $69,515,500 |
| See Exhibit F-3 immediately following Exhibit F-2 | | Litigation Claims | ✔ | ✔ | ✔ | Undetermined |
| See Exhibit F-4 immediately following Exhibit F-3 | | Unsecured Employee Liabilities | ☐ | ☐ | ☐ | $1,631,055 |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | | | **Total** | **$90,337,456** |

# UNITED STATES BANKRUPTCY COURT
# Southern District of New York

In re: **Silicon Graphics, Inc.**　　　　　　　　　　　　　　Case No.: **09-11701**

　　　　　　Debtor

**Exhibit F-2**
**Intercompany Liabilities**　　　　　　**AMENDED SCHEDULE**

| Name | Desription | C | U | D | Claim Amount |
|---|---|---|---|---|---|
| Cray Research (Canada) Inc. | Intercompany Payable - Trade | ☐ | ☐ | ☐ | $17,733 |
| Silicon Graphics (Pty) Limited, Republic of South Africa | Intercompany Payable - Trade | ☐ | ☐ | ☐ | $25,435 |
| Silicon Graphics Computer Engineering & Technology (China) Co., Ltd. | Intercompany Payable - Trade | ☐ | ☐ | ☐ | $1,072,746 |
| Silicon Graphics GmbH (Germany) | Intercompany Payable - Trade | ☐ | ☐ | ☐ | $5,779,200 |
| Silicon Graphics Limited (United Kingdom) | Intercompany Payable - Trade | ☐ | ☐ | ☐ | $15,533 |
| Silicon Graphics S.A. (Venezuela) | Intercompany Payable - Trade | ☐ | ☐ | ☐ | $519,000 |
| Silicon Graphics SA, (France) | Intercompany Payable - Trade | ☐ | ☐ | ☐ | $226 |
| Silicon Graphics World Trade B.V. (Netherlands) | Intercompany Payable - Loan | ☐ | ☐ | ☐ | $38,485,422 |
| Silicon Graphics World Trade B.V. (Netherlands) | Intercompany Payable - Loan | ☐ | ☐ | ☐ | $21,600,206 |
| Silicon Graphics World Trade Corporation | Intercompany Payable - Loan | ☐ | ☐ | ☐ | $2,000,000 |
| | | | | | **$69,515,500** |

**General Notes**

Amounts listed above are as of March 27, 2009.

In re: **Silicon Graphics, Inc.**　　　　　　　　　　　　　Case No.: **09-11701**

　　　　　　　　**Debtor**

## AMENDED SCHEDULE

**Exhibit F-4**
**Unsecured Employee Liabilities**

| Name | Address | C | U | D | Claim Amount |
|---|---|---|---|---|---:|
| Bement,Kelly | 7549 140th Street  Chippewa Falls, WI 54729  US | ☐ | ☐ | ☐ | $7,380 |
| Bernart,John | P.O. Box 306  Jamestown, CO 80455  US | ☐ | ☐ | ☐ | $8,145 |
| Bigger,Leland | 14142 Dresden Court  Apple Valley, MN 551247751  US | ☐ | ☐ | ☐ | $20,531 |
| Blankenhaus,Matthias | 923 Delaware Street  Berkeley, CA 94710  US | ☐ | ☐ | ☐ | $5,104 |
| Bloesch,Ken | 6716 Clifford Dr  Cupertino, CA 95014  US | ☐ | ☐ | ☐ | $10,888 |
| Borus,Bill | 2 Shine Avenue  Dudley, MA 01571  US | ☐ | ☐ | ☐ | $17,971 |
| Bronzovic,Greg | 343 Bean Ave #D  Los Gatos, CA 95030  US | ☐ | ☐ | ☐ | $24,572 |
| Burrell,J. Dee | 4818 183rd St.  Chippewa Falls, WI 54729  US | ☐ | ☐ | ☐ | $2,000 |
| Capovilla,Michael | 580 Manzanita Avenue  Sunnyvale, CA 94085  US | ☐ | ☐ | ☐ | $9,125 |
| Chang,Kim | 105 El Porton  Los Gatos, CA 95032  US | ☐ | ☐ | ☐ | $14,107 |
| Cherukuri Purna,Muktesh | 1170 Northwood Drive  Eagan, MN 55121  US | ☐ | ☐ | ☐ | $10,027 |
| Clounch,David | 15634 Highway Lane  Apple Valley, MN 55124  US | ☐ | ☐ | ☐ | $742 |
| Coty,Michael | 14797 Oren Road  Scandia, MN 55073  US | ☐ | ☐ | ☐ | $9,690 |
| Crisman,Dick | 305 Bonanza Way  Danville, CA 94526  US | ☐ | ☐ | ☐ | $143,943 |
| Czech,Mike | 32588 CTY HWY O  Boyd, WI 54726  US | ☐ | ☐ | ☐ | $6,081 |
| Das,Anil | 10159 S. Foothill Blvd.  Cupertino, CA 95014  US | ☐ | ☐ | ☐ | $14,608 |
| Davudcousi,Gilbert | 78 Cherry Ridge Court  San Jose, CA 95136  US | ☐ | ☐ | ☐ | $1,569 |
| Day,Fred | 52D Springfield Avenue  Summit, NJ 07901  US | ☐ | ☐ | ☐ | $15,233 |
| Downey,Rick | 4205 Vine Hill Lane  Santa Cruz, CA 95065  US | ☐ | ☐ | ☐ | $14,536 |
| Fenner,David | 7576 Turner Road  Independence, MN 55359  US | ☐ | ☐ | ☐ | $4,153 |
| Fu,Tim | 33658 Whimbrel Road  Fremont, CA 94555  US | ☐ | ☐ | ☐ | $18,213 |
| Hron,Jim | 804 Briar Lane  Altoona, WI 54720  US | ☐ | ☐ | ☐ | $6,069 |
| Hurter,Stacey | 133 Birchwood Pass  Canton, GA 30114  US | ☐ | ☐ | ☐ | $8,404 |
| Jensen,Blaine | 108 S. Monroe Street  Denver, CO 80209  US | ☐ | ☐ | ☐ | $5,636 |
| Jordan,Mark | 2956 Neptune Avenue  Eau Claire, WI 54703  US | ☐ | ☐ | ☐ | $7,682 |
| Kadomatsu,Gary | 675 Romeo Court  Pleasanton, CA 94566  US | ☐ | ☐ | ☐ | $46,899 |
| Kaplan,Michael | 9050 Coventry Pointe  Suwanee, GA 30024  US | ☐ | ☐ | ☐ | $34,861 |
| Kenoun,Julie | 1069 Big Sur Drive  San Jose, CA 95120  US | ☐ | ☐ | ☐ | $21,091 |
| Kent,Michelle | 727 2nd Street West  Altoona, WI 54720  US | ☐ | ☐ | ☐ | $4,021 |
| Khanmohammedbaigi, Hassan | 590 Hermosa Way  Menlo Park, CA 94025  US | ☐ | ☐ | ☐ | $69,069 |
| Kobori, Jim | 736 Chemowa Court  Sunnyvale, CA 94087  US | ☐ | ☐ | ☐ | $78,037 |
| Kramer,Kevin | 4150 Ethan Drive  Eagan, MN 55123  US | ☐ | ☐ | ☐ | $1,251 |
| Laayouni,Ali | 3400 Vinton Avenue  Los Angeles, CA 90034  US | ☐ | ☐ | ☐ | $2,521 |
| Lanterman, Kathy | 4184 Sonoma Mountain Road  Santa Rosa, CA 95404  US | ☐ | ☐ | ☐ | $140,742 |
| Marchese,Matthew | 608 E. Lowes Creek Rd.  Eau Claire, WI 54701  US | ☐ | ☐ | ☐ | $12,592 |
| Martinez,Ronnie | 16234 Singapore Lane  Houston, TX 77040  US | ☐ | ☐ | ☐ | $10,438 |

# UNITED STATES BANKRUPTCY COURT
# Southern District of New York

In re: **Silicon Graphics, Inc.**  
**Debtor**

Case No.: **09-11701**

## AMENDED SCHEDULE

**Exhibit F-4**
**Unsecured Employee Liabilities**

| Name | Address | C | U | D | Claim Amount |
|---|---|---|---|---|---|
| Matheson,Michael | 2550 W. 12420 S. Riverton, UT 84065 US | ☐ | ☐ | ☐ | $15,235 |
| Mcdonald,Dan | 190 Evandale Avenue, #C3 Mountain View, CA 94043 US | ☐ | ☐ | ☐ | $6,067 |
| Michaud,Joseph | 49 Sandrick Rd Belmont, MA 02478 US | ☐ | ☐ | ☐ | $9,528 |
| Nelson,Dean | 1529B Clemson Drive Eagan, MN 551222897 US | ☐ | ☐ | ☐ | $11,762 |
| Nelson,Lynne | 1523 Pinetree Trail Eagan, MN 55122 US | ☐ | ☐ | ☐ | $24,307 |
| Olson,Doug | 17374 County Hwy J Chippewa Falls, WI 54729 US | ☐ | ☐ | ☐ | $26,866 |
| Overton,Greg | 8017 Tiburon Place Johnston, IA 50131 US | ☐ | ☐ | ☐ | $8,990 |
| Paderta,Ivan | 162 Oberg Court Mountain View, CA 94043 US | ☐ | ☐ | ☐ | $18,299 |
| Parry, Dave | 22831 Mercedes Rd. Cupertino, CA 95014 US | ☐ | ☐ | ☐ | $216,742 |
| Pavlova, Nadia | 406 Pinehurst Avenue Los Gatos, CA 95032 US | ☐ | ☐ | ☐ | $3,546 |
| Racanelli,Heidi | 2842 Kelley Place EAU CLAIRE, WI 54701 US | ☐ | ☐ | ☐ | $2,819 |
| Ramalingam,Balaji | 929 El Camino Real, #J-129 Sunnyvale, CA 94087 US | ☐ | ☐ | ☐ | $6,313 |
| Reagan,Craig | 1812 W. Sunset Blvd Saint George, UT 84770 US | ☐ | ☐ | ☐ | $12,197 |
| Rice,Christian | 6416 Alta Vista Drive El Cerrito, CA 94530 US | ☐ | ☐ | ☐ | $3,503 |
| Robinson,Marla | 250 South Danville Road Danville, AL 35619 US | ☐ | ☐ | ☐ | $10,980 |
| Rojas,Carlos Ivan | 2316 Eastridge Avenue Menlo Park, CA 94025 US | ☐ | ☐ | ☐ | $11,823 |
| Schimmel,Dale | 2540 9 1/4 Avenue Chetek, WI 54728 US | ☐ | ☐ | ☐ | $7,961 |
| Sova,Mary | 3270 Bentonite Lane Placerville, CA 95667 US | ☐ | ☐ | ☐ | $2,970 |
| Stinnett, Barbara | 3840 Joppa Avenue So St Louis Park, MN 55416 US | ☐ | ☐ | ☐ | $177,512 |
| Sullivan,Sherry | 1301 Waldheim Rd Chippewa Falls, WI 54729 US | ☐ | ☐ | ☐ | $1,869 |
| Torres,Jorge | 3921 Sundew Court Plano, TX 75093 US | ☐ | ☐ | ☐ | $22,292 |
| Utsumi,Teruo | 102 Almond Hill Court Los Gatos, CA 95032 US | ☐ | ☐ | ☐ | $6,293 |
| Walsh,Shelly | 204 Park Forest Terrace Alabaster, AL 35007 US | ☐ | ☐ | ☐ | $32 |
| Weinert, Barry | 36882 Papaya Street Newark, CA 94560 US | ☐ | ☐ | ☐ | $147,992 |
| Windus,Wave | 722 West Haven Rd. Chippewa Falls, WI 54729 US | ☐ | ☐ | ☐ | $14,778 |
| Won,Ken | 179 Alberta Avenue San Carlos, CA 94070 US | ☐ | ☐ | ☐ | $14,879 |
| Wuest,Sara | 4708 Upton Avenue South Minneapolis, MN 55410 US | ☐ | ☐ | ☐ | $26,120 |
| Zivkov,Barb | 990 Menlo Avenue Menlo Park, CA 94025 US | ☐ | ☐ | ☐ | $11,446 |
| | | | | | **$1,631,055** |

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: __Silicon Graphics, Inc.__  Case No.: __09-11701__
         Debtor

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the Senior Vice President and Chief Financial Officer of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing amended summary and schedules, consisting of 9 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: __April 29, 2009__  Signature: _/s/ Gregory S. Wood_

                                                Gregory S. Wood, Senior Vice President and Chief Financial Officer

*Penalty for making a false statement: Fine of up to $500,000, or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571.*