# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Silicon Graphics Federal, Inc.**　　　　　　　　　　　Case No.: **09-11702**

　　　　　Debtor

**\*SUBJECT TO GENERAL AND SPECIFIC NOTES TO THESE SCHEDULES\***

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under Chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES / NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | NO | 0 | $0 | | |
| B - PERSONAL PROPERTY | NO | 0 | $21,817,962 | | |
| C - PROPERTY CLAIMED AS EXEMPT | NO | 0 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | NO | 0 | | $162,439,270 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS | YES | 2 | | $196,544 | |
| F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS | YES | 2 | | $6,465,707 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | NO | 0 | | | |
| H - CODEBTORS | NO | 0 | | | |
| I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| **Total number of sheets of all Schedules** | | 4 | | | |
| | | Total Assets > | $21,817,962 | | |
| | | | Total Liabilities > | $169,101,521 | |

# UNITED STATES BANKRUPTCY COURT
# Southern District of New York

In re: **Silicon Graphics Federal, Inc.**　　　Case No.: **09-11702**
　　　　　**Debtor**

**AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|
| See Exhibit E-1 immediately following Schedule E | | Tax Liabilites | ☑ ☑ ☐ | Undetermined |
| See Exhibit E-2 following Schedule E-1 | | Employee Claims | ☐ ☐ ☐ | $196,544 |
| | | | ☐ ☐ ☐ | |
| | | | ☐ ☐ ☐ | |
| | | | ☐ ☐ ☐ | |
| | | | **Total** | **$196,544** |

# UNITED STATES BANKRUPTCY COURT
# Southern District of New York

In re: **Silicon Graphics Federal, Inc.**  Case No.: **09-11702**
       **Debtor**

## AMENDED SCHEDULE

**Exhibit E-2**
**Employee Claims**

| Name | Address | City, State & Zip | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|
| Brenner,Jim | 28622 Munera | Mission Viejo, CA 92692 US | ☐ | ☐ | ☐ | $10,950 |
| Dubois,Stephen | 116 Indian Spring Rd | Concord, MA 01742 US | ☐ | ☐ | ☐ | $10,950 |
| Fuchigami,Harry | 7839 Rockburn Drive | Ellicott City, MD 21043 US | ☐ | ☐ | ☐ | $10,950 |
| Kerstens,Andre | 112 W Cardiff Ct | Newark, DE 19711 US | ☐ | ☐ | ☐ | $10,950 |
| Larson,Bryan | 19672 Crestknoll Drive | Yorba Linda, CA 92886 US | ☐ | ☐ | ☐ | $10,950 |
| Linares,Steven | 6 Chateaux Circle | Scarsdale, NY 10583 US | ☐ | ☐ | ☐ | $10,950 |
| Mason Jr.,John | 3774 E. Viewcrest Dr. | Salt Lake City, UT 84124 US | ☐ | ☐ | ☐ | $10,950 |
| Matta,Rich | 651 Dahlia Drive | Monroeville, PA 151461251 US | ☐ | ☐ | ☐ | $10,950 |
| May,Kase | 10525 Milam Road | Black Forest, CO 80908 US | ☐ | ☐ | ☐ | $5,108 |
| McMurchie, Maureen | 2958 East Weaver Avenue | Littleton, CO 80121 US | ☐ | ☐ | ☐ | $10,950 |
| Merrill,Cynthia | P.O. Box 2794 | Saratoga, CA 95070 US | ☐ | ☐ | ☐ | $10,950 |
| Palmer,Bradley | 14 East Street | Hopkinton, MA 01748 US | ☐ | ☐ | ☐ | $10,950 |
| Pickett, Patricia | 21200 Trumpet Dr #203 | Newhall, CA 91321 US | ☐ | ☐ | ☐ | $10,950 |
| Roberts,Shelley | 2937 S. Zeno Way | Aurora, CO 80013 US | ☐ | ☐ | ☐ | $5,997 |
| Torres,Robert | 100 Via Palestra | Palos Verdes Estates, CA 90274 US | ☐ | ☐ | ☐ | $10,950 |
| Umina,Sherry | 8035 S Mountain Oaks Drive | Salt Lake City, UT 84121 US | ☐ | ☐ | ☐ | $10,950 |
| VanDegrift,George | 11052 Bridgepointe NE | Albuquerque, NM 87111 US | ☐ | ☐ | ☐ | $469 |
| Wilson,Chan | 3844 Coyt Road | Cottage Grove, WI 53527 US | ☐ | ☐ | ☐ | $10,950 |
| Wood,Justin | 407 Steep Mountain Drive | Draper, UT 84020 US | ☐ | ☐ | ☐ | $9,770 |
| Zelsnack,William | 7195 Horseshoe Road | Colorado Springs, CO 80923 US | ☐ | ☐ | ☐ | $10,950 |
| | | | | | | **$196,544** |

# UNITED STATES BANKRUPTCY COURT
# Southern District of New York

In re: **Silicon Graphics Federal, Inc.**  
Debtor

Case No.: **09-11702**

---

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor an dmay be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedule D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| See Exhibit F-1 immediately following Schedule F | | Accounts Payable | | | ☑ | $1,117,161 |
| See Exhibit F-2 immediately following Exhibit F-1 | | Intercompany Liabilities | | | | $5,111,197 |
| See Exhibit F-3 immediately following Exhibit F-2 | | Unsecured Employee Liabilities | | | | $237,349 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | **Total** | **$6,465,707** |

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Silicon Graphics Federal, Inc.**  Case No.: **09-11702**
**Debtor**

## AMENDED SCHEDULE

**Exhibit F-4**
**Unsecured Employee Liabilities**

| Name | Address | C | U | D | Claim Amount |
|---|---|---|---|---|---|
| Brenner, Jim | 28622 Munera  Mission Viejo, CA 92692  US | ☐ | ☐ | ☐ | $25,439 |
| Dubois, Stephen | 116 Indian Spring Rd  Concord, MA 01742  US | ☐ | ☐ | ☐ | $5,471 |
| Fuchigami, Harry | 7839 Rockburn Drive  Ellicott City, MD 21043  US | ☐ | ☐ | ☐ | $20,969 |
| Kerstens, Andre | 112 W Cardiff Ct  Newark, DE 19711  US | ☐ | ☐ | ☐ | $5,446 |
| Larson, Bryan | 19672 Crestknoll Drive  Yorba Linda, CA 92886  US | ☐ | ☐ | ☐ | $15,667 |
| Linares, Steven | 6 Chateaux Circle  Scarsdale, NY 10583  US | ☐ | ☐ | ☐ | $62,761 |
| Mason Jr., John | 3774 E. Viewcrest Dr.  Salt Lake City, UT 84124  US | ☐ | ☐ | ☐ | $9,444 |
| Matta, Rich | 651 Dahlia Drive  Monroeville, PA 151461251  US | ☐ | ☐ | ☐ | $8,832 |
| McMurchie, Maureen | 2958 East Weaver Avenue  Littleton, CO 80121  US | ☐ | ☐ | ☐ | $4,802 |
| Merrill, Cynthia | P.O. Box  2794  Saratoga, CA 95070  US | ☐ | ☐ | ☐ | $19,263 |
| Palmer, Bradley | 14 East Street  Hopkinton, MA 01748  US | ☐ | ☐ | ☐ | $6,235 |
| Pickett, Patricia | 21200 Trumpet Dr #203  Newhall, CA 91321  US | ☐ | ☐ | ☐ | $15,366 |
| Torres, Robert | 100 Via Palestra  Palos Verdes Estates, CA 90274  US | ☐ | ☐ | ☐ | $14,979 |
| Umina, Sherry | 8035 S Mountain Oaks Drive  Salt Lake City, UT 84121  US | ☐ | ☐ | ☐ | $9,388 |
| Wilson, Chan | 3844 Coyt Road  Cottage Grove, WI 53527  US | ☐ | ☐ | ☐ | $7,457 |
| Zelsnack, William | 7195 Horseshoe Road  Colorado Springs, CO 80923  US | ☐ | ☐ | ☐ | $5,829 |
| | | | | | **$237,349** |

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: __Silicon Graphics Federal, Inc.__                                    Case No.: __09-11702__

               Debtor

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the Secretary of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing amended summary and schedules, consisting of 5 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: __April 29, 2009__                    Signature: _/s/ Kent Randolph_

                                                                                                          Kent Randolph, Secretary

*Penalty for making a false statement: Fine of up to $500,000, or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571.*